UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE GARDNER<br>    Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11806(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al*.<br>    Defendants. | )<br>)<br>) |
| CRYSTAL CAISSIE,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11807(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al*.<br>    Defendants. | )<br>)<br>) |
| LOUISE FELTEAU,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11808(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al*.<br>    Defendants. | )<br>)<br>) |
| MARIA IOCCO,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11809(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al*.<br>    Defendants. | )<br>)<br>) |
| REBECCA VARNES, *et al.*,<br>    Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-118010(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al*.<br>    Defendants. | )<br>)<br>) |

```
_____
TANYA PULISCIANO,                    )
       Plaintiff,                    )
                                     )
v.                                   ) Civil Action No. 1:09-cv-11811(NG)
                                     )
SIMPSON FINANCING                    )
LIMITED PARTNERSHIP, et al.          )
       Defendants.                   )
_____
```

## NOTICE OF WITHDRAWAL

**NOW COMES** Attorney Jay M. Wolman in the above-captioned matter and pursuant to Local Rule 83.5.2(c), hereby gives notices of the withdrawal of his appearance on behalf of Plaintiffs in the above-captioned consolidated matters.

Attorney Stephen L. D'Angelo shall remain lead counsel.

                                Respectfully Submitted,


Dated:  May 16, 2012            /s/ Jay M. Wolman_____
                                Stephen L. D'Angelo
                                BBO# 640900
                                Steve.Dangelo@lawyeradvocates.com
                                Jay M. Wolman
                                BBO#666053
                                Jay.Wolman@lawyeradvocates.com
                                D'Angelo & Hashem, LLC
                                401 Andover Street, Suite 202
                                North Andover, MA 01845
                                617-624-9777 ph.
                                617-624-0999 fax

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served electronically upon all parties via the CM/ECF system this 16th day of May 2012.

/s/ Jay M. Wolman_____
Jay M. Wolman
BBO#666053
Jay.Wolman@lawyeradvocates.com
D'Angelo & Hashem, LLC
401 Andover Street, Suite 202
North Andover, MA 01845
617-624-9777 ph.
617-624-0999 fax