UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE GARDNER, TANYA PULISCIANO, CRYSTAL CAISSIE, and LOUISE FELTEAU, <br><br> Plaintiffs, <br><br> v. <br><br> SIMPSON FINANCING LIMITED PARTNERSHIP, <br><br> Defendant. | Civil Action Nos. <br> 09-11806-FDS <br> 09-11807-FDS <br> 09-11808-FDS <br> 09-11811-FDS |

## JURY VERDICT FORM

*For questions 1 and 2, you must make findings with respect to all of the plaintiffs as a group.*

**Negligence**

1. As to the claim that Simpson was negligent in maintaining the premises at Highlands at Dearborn, we find for:

    __✓__ Plaintiffs Gayle Gardner, Tanya Pulisciano, Crystal Caissie, and Louise Felteau

    ____ Defendant Simpson Financing Limited Partnership

**Breach of Implied Covenant of Quiet Enjoyment**

2. As to the claim that Simpson breached the implied covenant of quiet enjoyment, find for:

    __✓__ Plaintiffs Gayle Gardner, Tanya Pulisciano, Crystal Caissie, and Louise Felteau

    ____ Defendant Simpson Financing Limited Partnership

*If you found for the plaintiffs on either question 1 or 2, please continue to questions 3 and 4. You must answer questions 3 and 4 separately with respect to each plaintiff. If you did not find for the plaintiffs on either question 1 or 2, please sign the verdict form and notify the court security officer in writing that you have reached a verdict.*

**Compensatory Damages for Loss of Property**

3. What amount of money will fully and fairly compensate the following plaintiffs for their loss of property?

    $74,128.00 Gayle Gardner

    $41,355.57 Tanya Pulisciano

    $47,331.43 Crystal Caissie

    $188,992.02 Louise Felteau

*continue to next page*

2

**Emotional Distress Damages**

4. What amount of money will fully and fairly compensate the following plaintiffs for their emotional distress?

$450,000   Gayle Gardner

$450,000   Tanya Pulisciano

$450,000   Crystal Caissie

$450,000   Louise Felteau

**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _Sarah C Sroka_   DATE: 4/5/13

3