UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE GARDNER<br>    Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11806(NG)<br>)<br>) LEAD DOCKET |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |
| CRYSTAL CAISSIE,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11807(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |
| LOUISE FELTEAU,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11808(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |
| MARIA IOCCO,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11809(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |
| REBECCA VARNES, *et al.*,<br>    Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-118010(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |

| | |
|---|---|
| TANYA PULISCIANO,          )<br>    Plaintiff,          )<br>                              )<br>v.                            ) Civil Action No. 1:09-cv-11811(NG)<br>                              )<br>SIMPSON FINANCING            )<br>LIMITED PARTNERSHIP, *et al.* )<br>    Defendants.        ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties in the above-captioned action and agree to entry of the following dismissal on the docket:

- Dismissal with Prejudice of all claims asserted by Rebecca Varnes and Charles Varnes, individually, and collectively, against Simpson Financing Limited Partnership; and
- Dismissal with Prejudice of all claims asserted by Maria Iocco against Simpson Financing Limited Partnership.

The parties waive all rights to appeal available at law and/or equity, as well as waiving any and all claims for costs and/or expenses.

Dated April 10, 2013

Respectfully submitted,

/Damon M. Seligson
Damon M. Seligson (BBO#632763)
John W. DiNicola, II (BBO#629618)
DiNicola, Seligson & Upton, LLP
185 Devonshire Street, Suite 902
Boston, MA 02110
(617) 279-2592
E-Mail: Damon.Seligson@dsu-law.com
            Jack.Dinicola@dsu-law.com

/Edward W. Waystack
Edward W. Waystack (BBO#518300)
Robert W. Healy (BBO#630714)
Cogavin & Waystack
One Center Plaza
Boston, MA 02108
(617) 742-3340

      E-Mail: eww@cogway.com
          rwh@cogway.com


      /Stephen L. D'Angelo
      Stephen D'Angelo, Esq. (BBO # 640900)
      Neil Judd, Esq. (BBO # 679444)
      D'Angelo & Hashem, LLC
      401 Andover Street Suite 202
      North Andover, MA 01845
      (978) 687-8100
      sld@lawyeradvocates.com


## CERTIFICATE OF SERVICE

  I, Neil Judd, hereby certify that a true copy of the foregoing document was served upon counsel of record for each party by electronic means this 10th day of April, 2013, as stated on ECF.


        /s/Neil Judd