**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GAYLE GARDNER, TANYA PULISCIANO, ) <br> CRYSTAL CAISSIE and LOUISE FELTEAU ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SIMPSON FINANCING LTD. ) <br> PARTNERSHIP, ) <br>         Defendant. ) | Civil Action <br> No.: <u>1:09-11806-FDS</u> |

**JUDGMENT IN A CIVIL CASE**

**_X_**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED:**

That judgment be entered in favor of the plaintiffs, GAYLE GARDNER, TANYA PULISCIANO, CRYSTAL CAISSIE and LOUISE FELTEAU, against defendant, SIMPSON FINANCING LTD. PARTNERSHIP, in the following amounts:

Compensatory Damages for Loss of Property:
    $74,128.00        Gayle Gardner
    $41,355.57        Tanya Pulisciano
    $47,331.43        Crystal Caissie
    $188,992.02      Louise Felteau

Emotional Distress Damages:
    $450,000.00      Gayle Gardner
    $450,000.00      Tanya Pulisciano
    $450,000.00      Crystal Caissie
    $450,000.00      Louise Felteau

Pursuant to Massachusetts General Laws, chapter 231, section 6B, interest at the rate of twelve per cent per annum from the date of commencement of the action shall be added to the damages that the jury awarded to the plaintiffs. The resulting total

judgment amounts, per plaintiff, are as follows:

| | |
|---|---|
| $747,104.97 | Gayle Gardner |
| $700,390.35 | Tanya Pulisciano |
| $708,908.48 | Crystal Caissie |
| $910,834.98 | Louise Felteau |

For a total judgment of: **$3,067,238.78.**

                                                     ROBERT M. FARRELL
                                                     ACTING CLERK OF COURT

Dated: 15 April 2013                              By  /s/ Pietro Cicolini
                                                                          Deputy Clerk

**NOTE: The post judgment interest rate effective this date is: 0.13%.**