UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE GARDNER,<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*,<br>    Defendants. | Civil Action No. 1:09-cv-11806 (FDS)<br><br>LEAD DOCKET |
| CRYSTAL CAISSIE,<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*,<br>    Defendants. | Civil Action No. 1:09-cv-11807 (FDS) |
| LOUISE FELTEAU,<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*,<br>    Defendants. | Civil Action No. 1:09-cv-11808 (FDS) |
| TANYA PULISCIANO,<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*,<br>    Defendants. | Civil Action No. 1:09-cv-11811 (FDS) |

**DEFENDANT'S MOTION FOR LEAVE TO REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR JUDGMENT AS A MATTER OF LAW, OR, IN THE <u>ALTERNATIVE, FOR REMITTITUR OR NEW TRIAL</u>**

Pursuant to Local Rule 7.1(b)(3), Defendant Simpson Financing Limited Partnership

("SFLP") submits its Motion for Leave to Reply ("Motion") to Plaintiffs' Opposition to Motion

for Judgment as a Matter of Law, or, in the alternative, for Remittitur or New Trial ("Opposition").

Plaintiffs' Opposition repeatedly misstates the facts of this case without once citing to the evidentiary record. Moreover, the legal authorities that the Opposition relies upon are misleading, easily distinguishable, and include an incorrectly cited out-of-circuit case that does not stand for the asserted proposition. Finally, Plaintiffs have improperly attempted to renew their consumer protection claims that were previously dismissed on summary judgment.

**WHEREFORE**, SFLP respectfully requests the Court to grant its Motion for leave to file the Proposed Reply, which is attached hereto as Exhibit A in accordance with CM/ECF Administrative Procedure R.

Respectfully submitted,

SIMPSON FINANCING LIMITED PARTNERSHIP,

By its attorneys,

/s/ Damon M. Seligson
Damon M. Seligson (BBO # 632763)
DiNicola, Seligson & Upton, LLP
185 Devonshire Street, Suite 902
Boston, MA 02110
(617) 279-2592
*Damon.Seligson@dsu-law.com*

/s/ Edward W. Waystack
Edward W. Waystack (BBO # 518300)
Robert W. Healy (BBO # 630714)
Cogavin & Waystack
One Center Plaza
Boston, MA 02108
(617) 742-3340
*eww@cogway.com*
*rwh@cogway.com*

s/ Gordon P. Katz  
Gordon P. Katz (BBO # 261080)  
Timothy J. McLaughlin (BBO # 675560)  
Holland & Knight LLP  
10 Saint James Avenue  
Boston, MA 02116  
(617) 523-2700  
*gordon.katz@hklaw.com*  
*timothy.mclaughlin@hklaw.com*

Date: May 31, 2013  
Boston, Massachusetts

## CERTIFICATE OF CONFERENCE

I, Damon M. Seligson, certify that on the 22nd and 29th days of May, 2013, I attempted in good faith to confer with opposing counsel, who did not respond, in accordance with Local Rule 7.1(a)(2), to obtain consent that Simpson Financing Limited Partnership should be allowed leave to file a Reply in support of its Motion for Judgment as a Matter of Law, or, in the alternative for Remittitur or New Trial.

/s/ Damon M. Seligson  
Damon M. Seligson

## CERTIFICATE OF SERVICE

I, Timothy J. McLaughlin, hereby certify that a true copy of the foregoing document was served upon counsel of record for each party by electronic means on this 31st day of May, 2013, as follows:

Stephen D'Angelo, Esq.  
D'Angelo & Hashem, LLC  
60 State Street, Suite 7000  
Boston, MA 02109

Neil Judd, Esq.  
D'Angelo & Hashem, LLC  
60 State Street, Suite 7000  
Boston, MA 02109

Michael P. Roche, Esq.  
Murphy & Riley, P.C.  
141 Tremont Street  
Boston, MA 02111

Edward W. Waystack, Esq.
Cogavin & Waystack
One Center Plaza
Boston, MA 02108

Robert W. Healy, Esq.
Cogavin & Waystack
One Center Plaza
Boston, MA 02108

Eugene F. West, Esq.
West & Miyamoto
5151 Verdugo Way
Camarillo, CA 92012

Thomas P. Smith, Esq.
Caffrey & Smith, P.C.
300 Essex Street
Lawrence, MA 01840

              /s/ Timothy J. McLaughlin
              Timothy J. McLaughlin