UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE GARDNER<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11806(NG)<br>)<br>) LEAD DOCKET |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |
| CRYSTAL CAISSIE,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11807(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |
| LOUISE FELTEAU,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11808(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |
| TANYA PULISCIANO,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11811(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |

**PLAINTIFFS' MOTION FOR ASSESSMENT AND AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO M.G.L. CHAPTER 186 SECTION 14 RESULTING FROM THE JURY'S FINDING THE DEFENDANT BREACHED THE COVENANT OF QUIET ENJOYMENT**

Now come the plaintiffs and move this Honorable Court pursuant to M.G.L. c.

186 § 14 to award attorneys fees and costs. Under landlord tenant law in Massachusetts,

attorneys are entitled to statutory attorneys fees on a successful outcome. Both M.G.L. c. 93A and M.G.L. c. 186 § 14, although separate statutes with independent purposes, have in common the relationship that any violation is intertwined. Therefore, the plaintiffs in support of this motion submit and rely on one memorandum of law in support of their motions.

As a direct result of this litigation the plaintiffs have incurred costs in the amount of $ 11,533.96.

Attorney D'Angelo has performed 845 hours litigating this matter.

Attorney Judd has performed 425 hours litigating this matter.

Attorney Warchal performed 383 hours litigating this matter.

Attorney Wolman performed 520.5 hours litigating this matter.

Attorney Hashem performed 96.5 hours litigating this matter.

### REQUEST FOR A HEARING

Plaintiffs respectfully request a Hearing on said motion.

Date: August 28, 2013

Respectfully Submitted,
Gayle Gardner, et al.,
by their attorney,

Stephen L. D'Angelo, Esq., BBO# 640900
Neil Judd, Esq., BBO# 679444
D'Angelo & Hashem, LLC
401 Andover Street, Suite 202
North Andover, MA 01845
Steve.DAngelo@LawyerAdvocates.com
Njudd@lawyeradvocates.com
(978) 687-8100 (ph)
(978) 687-8111 (fax)

## CERTIFICATE OF SERVICE

      I, Neil Judd, hereby certify that a true copy of the foregoing document was served upon counsel of record for each party by electronic means this 28th day of August, 2013, as stated on ECF.

                                                    /s/Neil Judd