# Exhibit A



**D'Angelo & Hashem, LLC**
ATTORNEYS & COUNSELORS AT LAW

6 Beacon Street
Suite 505
Boston, MA 02108

Tel: 617-624-9777
Fax: 617-624-0999

May 26, 2009

Simpson Financing Limited Partnership
d/b/a Highlands at Dearborn
8110 East Union Avenue, Ste. 200
Denver, CO 80237

QRS Financing, LLC
8110 East Union Avenue, Ste. 200
Denver, CO 80237

Simpson Housing LLLP
8110 East Union Avenue, Ste. 200
Denver, CO 80237

Colomba, LLC
8110 East Union Avenue, Ste. 200
Denver, CO 80237

SHLP Holdings, LLLP
8110 East Union Avenue, Ste. 200
Denver, CO 80237

Paloma, LLC
3201 South Tarmac Drive, Suite 200
Denver, CO 80231

First American Property & Casualty
Insurance Company
114 East Fifth Street
Santa Ana, CA 92701

Multifamily Community Insurance
Agency, Inc.
12395 First American Way
Poway, CA 92065

**RE:  Our client/your Tenant/Insured:**          **Louise Felteau**
      **Property location:**                      **Highlands at Dearborn**
                                                   **19 Dearborn Road**
                                                   **Peabody, MA 01960**
      **Date of Loss:**                            **May 29, 2008**

## NOTICE OF CLAIMS
## DEMAND PURSUANT TO M.G.L. CHAPTER 93A

Dear Sir or Madam;

This office was retained by Louise Felteau for her claim for property damage as a result of the fire which occurred on May 29, 2008, at the Highlands at Dearborn apartment

complex, building 8, in Peabody, Massachusetts.  This is a formal demand letter submitted pursuant to Chapter 93A section 9 of the General Laws of the Commonwealth of Massachusetts.  As such you will have thirty (30) days to respond with an offer to settle this matter upon receipt of this letter.  In addition to the foregoing, you are hereby given notice of claims for negligence, negligent infliction of emotional distress, breach of contract, breach of express and implied warrants of habitability, and interference with quiet enjoyment.

## INTRODUCTION

On May 29, 2008, Simpson Financing Limited Partnership was the record owner of the property located at 8 Ashford Trail, in Peabody, Massachusetts, part of the apartment complex known as the "Highlands at Dearborn."  It is part of the property purchased from BVT/Fairfield Peabody Associates by deed of August 17, 2007.

Simpson Financing Limited Partnership d/b/a Highlands at Dearborn is controlled by QRS Financing LLC.  QRS Financing, LLC, is controlled by Simpson Housing LLLP.  Simpson Housing LLLP is controlled by Colomba, LLC.  Colomba, LLC, is controlled by SHLP Holdings LLLP.  SHLP Holdings LLLP is controlled by Paloma LLC.  Paloma LLC is controlled by Donald A. Simpson.  By virtue of their interoperation, any liability of Simpson Financing Limited Partnership extends through each entity through and including Paloma, LLC.  Notice and demand are, therefore, made to all such entities.  Unless referenced by individually, the foregoing shall be collectively referred to as "Simpson".

This Notice and demand is sent to you on behalf of Louise Felteau (hereinafter "Claimant") for the recovery of her losses sustained in the fire which occurred on May 29, 2008, at the Highlands at Dearborn apartment complex. As a result of the negligence of Simpson in its failure to remove a known fire hazard, bark mulch that was ignited on previous occasions, the Claimant suffered substantial losses of personal property when the building located at 8 Ashford Trail caught fire and burned to the ground. The Claimant is aggrieved by virtue of the negligence and practices in violation of applicable statutory law and established precedent.  Claimant, Louise Felteau has sustained emotional and financial losses as set forth below.

## FACTS

A. Lease Signing and Sale of Insurance

On or about December 5, 2007, the Claimant renewed her lease with Simpson in Peabody Massachusetts.  Her lease was to commence on December 10, 2007, and would be for a term of one year.  Claimant rented the apartment known as 8212 at 8 Ashford Trail, Peabody, Massachusetts.  This property was managed by Simpson Property Management.

The Claimant purchased renter's insurance through an employee of Simpson when she entered into her initial lease.  The sale of this policy was mandated by Simpson.  The policy was produced by First American Property & Casualty Insurance Company and offered by Multifamily Community Insurance Agency, Inc.  The policy was sold by a leasing agent of Simpson, who was not a licensed insurance agent.

Under duress and against public policy, the Claimant was told that she would not be leased an apartment unless she chose one of the two options for insurance policies, neither of which was explained to her. The amounts of coverage for each policy were never disclosed.  The types of coverage were never disclosed.  As a result of the pressure sales tactics exerted upon her, Claimant chose more expensive of the two policies and signed her lease.  Subsequent to the Claimant entering into her lease, she obtained additional insurance.

### B.  The Fire

There were many fires at the Highlands at Dearborn complex preceding the fire on May 29, 2008.  There were fires on May 21, 2007, January 15, 2008, and February 19, 2008.  Additionally, there were three fires at the complex at various buildings in the days immediately preceding and the days immediately following the fire on May 29, 2008.  Those fires occurred on May 19, 2008, May 21, 2008, May 25, 2008, May 30, 2008, and June 1, 2008.  See **Exhibit B.** (individual reports).  Careless disposal of smoking materials caused dry wooden mulch to catch fire on those dates.   The mulch surrounding the buildings at the Highlands at Dearborn created an extremely hazardous condition due to the mulches' flammability characteristics.

Simpson was aware of the serious fire hazard the mulch posed.  However, in response to these fires, no warnings were given nor were steps taken to remove the mulch.  Rather, residents were asked to dispose of smoking materials to avoid a displeasing aesthetic.  Yet, as evidenced on page 4 of the Fire Investigation Summary Report for the fire which occurred on May 29, 2008, there was evidence produced by the Highlands that they were aware of the potential hazards of the careless disposal of smoking materials combined with the type of mulch that was present on the premises created a fire hazard.

At approximately 3:30 p.m. on Thursday, May 29, 2008, Highlands at Dearborn, 8 Ashford Trail, also known as Highlands at Dearborn Building 8, caught fire and was destroyed in a four-alarm blaze. Louise Felteau was a tenant in the Highlands at Dearborn Building 8. The fire that raged through 8 Ashford Trail in Peabody, Massachusetts was started by the careless disposal of smoking materials.  See **Exhibit A** (fire investigation report).  In a little over hour the fire consumed Building 8 burning it to the ground.  The fire was so intense that it caused damage to surrounding buildings in the complex.  Louise Felteau and many other tenants watched in horror and saw everything they owned burn. Their beloved pets, all of their personal belongings, pictures of family, friends and loved ones, souvenirs, memories and precious gifts destroyed.

The Claimant lost of all of her personal property that was in the apartment at the time of the fire.  **See Exhibit C.** (personal property list). The Claimant has replaced a few items that were lost in the fire. However, she can never replace the bond she had with her beloved cat and can never replace the lost mementos from her life experience, photographs, gifts, an extensive jewelry collection, and heirlooms.

Louise Felteau was shocked to learn of the fire when a friend whom she was with received a phone call from Louise's daughter who was frantic and told her that she had been at the building and it was now on fire.  Louise immediately traveled to the Highlands apartment complex.  Louise Felteau arrived at the Highlands at Dearborn while the building was fully engulfed. She knew soon after she arrived at the building that most of the pets in the building and were not rescued would ultimately perish. Louise stood and watched the fire destroy the building and everything in it, including her eloved cat.

Claimant was told by agents of Simpson that there were items saved and that they would be placed in a secure area on site.  There were very few items salvaged from the fire, and the site which held the items was never secured against theft.  Out of all of the items that had been in her apartment a few photographs and other papers were all that survived the conflagration.  She was forced to revisit the site of the destruction and relive the fire for nothing, compounding the emotional toll.

Subsequent to the fire, the Massachusetts State Police Fire and Explosion Investigation Unit, Office of the State Fire Marshall, conducted an investigation into the fire to determine its cause.  The Fire Investigation Report issued by that office states that the origin of the fire was in the area next to the rear center tower of the building.  The cause of the fire was determined to be the careless disposal of smoking materials in an area where there was approximately a one inch layer of dry bark mulch.

When the Claimant attempted to contact the First American Property and Casualty Insurance Company, she was informed that her policy covered only fifteen thousand dollars in contents coverage.  This information was in contravention of what the employees of Simpson led the Claimant to believe when she was forced to purchase the policy.

The fire displaced Louise Felteau. Financially and emotional devastated, she was forced to move into a hotel for approximately least two weeks. She lost sporadic time from work as a result of the fire. The Claimant has suffered emotionally as a result of the devastation.

## LIABILITY

    A.    <u>Negligence and Negligent Infliction of Emotional Distress</u>

Simpson had a duty to Claimant to maintain the premises in a safe condition.  Simpson knew that there were unsafe conditions on the property, specifically in the form of the dry mulch which caught fire repeatedly.  It had notice and an opportunity to cure.  Simpson neglected, failed and or refused to ameliorate the hazardous condition.  Aware that the flammability of the mulch used around the buildings was a dangerous condition, the Simpson should have taken steps to remedy the situation.  The failure to do so constitutes a breach of duty and negligence on the part of the Simpson.   Simpson is responsible for the Claimant's property damage that was proximately caused by its negligence.  And, as set forth in Sullivan v. Boston Gas Co., 414 Mass. 129, 134 (1993), Simpson is responsible for the emotional distress it inflicted on Claimant by its negligence.

   B.   Breach of Contract, Breach of Express and Implied Warrants of Habitability, Interference with Quiet Enjoyment

By virtue of the destruction of the premises by fire, caused by the negligence as previously set forth, Simpson has violated the terms of the lease, in breach of contract.  The lease guarantees that Claimant will be able to occupy the leased premises.  See, Apartment Lease Contract, Paragraph 1.  That is now impossible because of the actions and omissions of Simpson.  Failure to provide the premises constitutes a material breach of that contract.  Simpson is responsible for all damages flowing from that breach, including but not limited to, property damage and emotional distress.

Simpson has further breached the implied warranty of habitability as all parts of the premises are in material violation of the minimum standards of habitability as expressed in the State Sanitary Code, the State Building Code and other regulations.  See, Boston Hous. Auth. v. Hemingway, 363 Mass. 184 (1973).  The destruction by fire has rendered the premises uninhabitable.  Simpson is responsible for all damages flowing from that breach, including but not limited to, property damage and emotional distress.

Massachusetts law states that any lessor or landlord who directly or indirectly interferes with the quiet enjoyment of any residential premises by the occupant shall be liable for actual and consequential damages or three month's rent, which ever is greater.  See, Mass. Gen. Laws, ch. 186, sec. 14.  Here, by failing to remedy the hazard which ultimately caused the fire, Simpson interfered with the quiet enjoyment of Claimant.  Simpson failed to act reasonably, so the natural and probably consequence was interruption of Claimant's rights.  Simpson is responsible for all damages flowing from that breach, including but not limited to, property damage and emotional distress, as well as attorneys' fees.  See, Simon v. Solomon, 385 Mass. 91 (1982).

Additionally, Simpson failed to give the appropriate notice of the benefits payable under Mass.Gen.Laws, ch. 175, sec. 99, 15thA.  The foregoing violations of law also constitute breaches of the contract.  See, Apartment Lease Contract, Paragraph 29(3).

   C.   Violations of Massachusetts Insurance Law

Simpson sold or attempted to sell property and casualty insurance directly to the Claimant through their leasing agents, not through a licensed insurance agent.  Only licensed agents are permitted to sell such insurance.  See, Mass.Gen.Laws, ch 175, sec. 162I.  Simpson collected the insurance premiums, despite selling such insurance, in contravention of Mass.Gen.Laws, ch. 175, sec. 164.  See, Lease Addendum, Liability Insurance Required of Resident, Paragraph 9.

Simpson, First American Property and Casualty Insurance Company (hereinafter "First American") and Multifamily Community Insurance Agency, Inc. (hereinafter "Multifamily"), were required to use a standard application form that would have helped Claimant assess insurance needs.  See, Mass.Gen.Laws, ch. 175, sec. 98.  Simpson falsely represented that the specific insurance policy sold was a requirement of the lease and that only two options were possible.  Under Massachusetts law, a landlord is not permitted to require a tenant to enter into any agreement, including an insurance agreement, the effect of which is to indemnify the landlord. Mass.Gen.Laws, ch. 186, sec. 15.  Such constituted misrepresentation, reasonably relied upon by Claimant.  It also constitutes a criminal offense of obtaining payments of premiums by fraudulent representation.  See, Mass.Gen.Laws, ch. 175, sec. 170.  Such further constitutes unlawful and unlicensed insurance advice, in violation of Mass.Gen.Laws, ch. 175, sec. 177A-177D, as well as criminal misrepresentation by the advisor, in violation of Mass.Gen.Laws, ch 175, sec. 181, and an unfair trade practice, in violation of Mass.Gen.Laws, ch. 176D, sec. 3(10).  Additionally, Claimant was never given the insurance contract required by Mass.Gen.Laws, ch. 175, sec. 99, which failure prevented Claimant from knowing precisely what was purchased and on what terms.

Collectively, the foregoing violations of chapter 175 are deemed unlawful.  See, Mass.Gen.Laws, ch. 175, sec. 3 & 194.  Moreover, Simpson is directly liable for the contracts of insurance sold.  See, Mass.Gen.Laws, ch. 175, sec. 171.  Because Claimant reasonably believed that she was purchasing a contract sufficient to cover her property losses in the event of fire, Simpson is fully liable for her property losses.  First American and Multifamily, in permitting the sale of what was deemed to be sufficient coverage shall be held to that standard, per Mass.Gen.Laws, ch. 175, sec. 193.

Under Massachusetts law, common law misrepresentation claims provide the basis for liability under the Massachusetts deceptive trade practices statute.  Damon v. Sun Co., Inc., 87 F.3d 1467 (1996).  In this instance, the agents of Simpson misrepresented the insurance policy which was sold to the Claimant, leading her to believe that she had more coverage for property damage.  Such misrepresentation was of a material fact.  Whether the leasing agent intentionally or negligently misrepresented the coverage which the Claimant was purchasing, such a misrepresentation is a violation of Mass.Gen.Laws, ch. 93A, §2(a).  See Glickman v. Brown, 21 Mass.App.Ct. 229 (1985).  In addition, the aforementioned violation of Mass.Gen.Laws, ch. 175, sec. 181, constitutes per se unfair and deceptive practice.  See, Mass.Gen.Laws, ch. 176D, sec. 3(12).

Additionally conduct may be "deceptive if it could reasonably be found to have caused a person to act differently from the way he otherwise would have acted." Aspinall v. Philip Morris Cos., 442 Mass. 381 (2004).  In this case, had the Claimant had the insurance policy fully explained to her she would have either purchased greater additional insurance subsequent to entering the lease to fully insure her belongings, or would have obtained a policy from a different insurer had she been informed that such a policy would fulfill the requirements of the lease.  It is notable that the Lease Addendum, Liability Insurance Required of Resident form does not even identify First American or Multifamily, but rather identifies RegistryTLC, offered and produced by Multifamily and First American, respectively, as the insurer.  Simpson's, First American's, Multifamily's failure to make proper explanations constituted unfair and deceptive practices and were a willful violation of Mass.Gen.Laws, ch. 93A.  See Lodie v. Anton's Cleaners, 1993 Mass. App. Div. 29 (1993).

## DAMAGES

### Property Damage

The Claimant suffered a substantially loss, all of her personal property.  The property that was destroyed in the fire had an approximate value of at least one hundred eighty eight thousand nine hundred ninety two dollars and two cents ($188,992.02).  We are aware that payments were made on the insurance policies which the claimant purchased.

**Ms. Felteau must be compensated for her damaged property related to this fire.**

The Claimant suffered emotionally as a result of the devastation caused by the fire.  Although it is impossible to attach a monetary figure to the losses, the trauma of the fire itself should entitle Claimant to one hundred thousand dollars ($100,000.00).  The loss of the cat should entitle claimant to fifty thousand dollars ($50,000.00).  The demand for her emotional pain and suffering is one hundred fifty thousand dollars ($150,000.00).

**Ms. Felteau must be compensated for her pain and suffering related to this fire.**

## DEMAND

In consequence of the aforementioned negligence, breaches, violations of insurance law and by the violation of Massachusetts General Laws, chapter 93A, demand for compensation in the amount of  three hundred thirty eight thousand nine hundred ninety two dollars and two cents ($338,992.02)is hereby made to satisfy all of the claims of Louise Felteau.  Such demand is confidential settlement communication and shall not be admissible as evidence.

Notice of Claims
RE:  Louise Felteau
May 25, 2009
Page 8 of 8

The offer to settle this matter shall remain open for thirty (30) days.  In the event settlement is not reached, the Claimant reserves the rights to pursue her claims to their fullest extent, including double or treble damages, costs and attorney's fees, should such be applicable.

## RESPONSE TO DEMAND

Please be advised that if this demand is not accepted within thirty (30) days, the time period mandated by the statute, my client Louise Felteau, will pursue all legal remedies available to them, including the recovery of multiple damages, attorney's fees and costs under the Massachusetts General Laws Chapter 93A section 9.  I respectfully anticipate your timely response.


Sincerely,


Stephen L. D'Angelo
Counsel for Louise Felteau

# EXHIBIT A

Case Number: 2008-117-0849
Controlling Case Number: None
Case Type: F30 Fire - Accidental

Report Creator: Sheryl A O'Donnell
Lead Investigator(s): Sheryl A O'Donnell   Team: North

FIU Requested By: Insp. Joseph DiFranco from Peabody Fire Department
FIU Requested On:

Date and Time of 05/29/2008 at approximately 15:51 PM
Incident:
Address/ Location of 8 Ashford Trail   Peabody,  MA
Incident:

## Property Investigated

Type of Investigation: Fire
Type of Property: Residential

Protection Systems:
Smoke Detector: Operational
Comments: 8 Ashford Trail, Peabody, Massachusetts is a multi-unit residential structure with in The Highlands at Dearborn luxury apartment complex comprised of 18 individual apartment buildings. The subject property is more particularly described as a three story, wood framed, multi-unit (38 units) dwelling. The A side of the structure contained garages on the first floor level. The foundation was poured concrete. The exterior was covered by vinyl siding. The roof was a pitched style covered by asphalt shingles with a common attic space that extended the length of the building. Heat was provided by forced hot air by natural gas.

Fourteen parked motor vehicles were also damage by heat and smoke (Ma Reg: 46AF44, 89GC45, 74BY66, 541TJH, 31VZ79, 61BE56, 95HM99, 56SY59, 44FM47, 27728, 462VFC, 34AM21, 15PB52, and 74NC60)

## Fire Source

Cause of Fire: Accidental
Ignition: careless disposal of smoking materials (cigarette butt)
Material Ignited: bark mulch, wood, vinyl siding, common combustibles, etc.
Explanation:

NOTIFICATION/RESPONSE:

1.      On Thursday, May 29, 2008 at approximately 1551 hours Peabody Fire Department received multiple 911 calls from employees, residents, and motorists on Rte. 128 reporting a fire outside of The Highlands at Dearborn luxury apartment complex in Peabody, Massachusetts. The Peabody Fire Department responded commanded by Captain Joseph Daley. The fire location was at 8 Ashford Trail a multi-unit residential structure containing 38 independent units. Later I learned, that first arriving police officers observed smoke emanating from the front of Building #8 (8 Ashford Trail) and a small exterior fire in the rear which extended upward along the center tower (Tower #2) in the immediate area of a bank of natural gas meters. Fire moved quickly upward to the soffits and outward along the roofline, into the common attic space, and vented through the roof. This fire went to four alarms before being brought under control and extinguished. Exposure damage due to intense heat and smoke resulted

to adjacent buildings. (Buildings #9/ 9 Magnolia Way, #10/ 10 Overlook Trail, and #16/ 16 Sil
leaf Way) along with 14 parked vehicles. Four minor injuries were reported to fire fighters as a
result of this fire and several pets perished in the blaze. A public shelter was utilized at Salem
State College for displaced residents totaling approximately 250 persons. A secondary exterior
fire broke out to Building #11
(11 Magnolia Way) due to displaced hot ambers.

2.          Subsequently, at approximately 1620 hours Peabody Fire Department contacted
State Police Fire and Explosion Investigation Section in Stow requesting assistance with the
investigation. Trooper William Qualls contacted me directly and assigned me the investigation.
arrived on scene at 1710 hours along with Trooper Donald Bossi who assisted. We met with
Peabody Fire Inspector Joseph DiFranco Jr. and Peabody Police Detective Eric Ricci. A joint
multi-agency investigation into the origin and cause was initiated, therefore, this report represen
a collection of all pertinent investigative information. Beverly and Danvers Fire Investigation
Units also assisted with the initial investigation.


INTERVIEWS/INVESTIGATION:

3.          Witness interviews were conducted by members of the Peabody Fire and Police
Departments, State Police Fire and Explosion Investigation Section, along with Danvers and
Beverly Fire Investigation Units. A synopsis of the more pertinent interviews are as follows:

            a.      I had an opportunity to speak with maintenance worker Scott Pickard
██████████ who told me the afternoon of the fire (5/29/08) he was at Building #2 (2
Magnolia Way) with boss Andy Filippone trying to reset the fire panel which was sounding.
While completing that task co-worker Tom Dubois calls on the radio yelling there was a "Fire at
Building #8 in the back!" Mr. Pickard explained that he and Andy both jumped into his truck and
drove to Building# 8. While on the way there Mr. Pickard told us he called 911. Mr. Pickard
described "a small fire on the ground the size of a water bottle with ash around it." Mr. Pickard
further described that the wind picked up and the fire started to catch the siding. According to Mr
Pickard, Tom Dubois had gotten a fire extinguisher and attempted to put it out but it didn't work.
"In a heartbeat it was small then went to the size of the meters." Mr. Pickard explained. Mr.
Pickard said they have had many bark mulch fires this year from people "flicking cigarettes".
According to Mr. Pickard as early as Tuesday or Wednesday of this week behind Building# 7 (7
Silver leaf Way) was another fire causing exterior damage.

            b.      We also spoke with maintenance worker Thomas Dubois ███████
██████████ who told us he was working at Building# 8 (8 Ashford Trail) around 2:30pm cleaning
and vacuuming the front and back of all three levels of the middle tower then to the far left tower
and did the same. Mr. Dubois explained he finished up around 3pm then went to the shop behind
Building# 11 and #9. Mr. Dubois stated by then he could smell something burning and drove
around until he saw smoke at Building#8. The smoke was coming from the back and blowing to
the right According to Mr. Dubois who was out front at the time. Mr. Dubois went to the corner
of Building# 8 near the playground and saw the fire in middle of the back of Building# 8. Mr.
Dubois told us he ran up to the building and saw the mulch was on fire. He further described four

spots that were flaming. Mr. Dubois got the fire extinguisher from the middle tower and tried t[o] put it out but it but it didn't work. According to Mr. Dubois the fire was beneath the gas meter[s] and it soon began to "flame up 10 inches to a foot" under the pipe area coming from the groun[d.] Mr. Dubois explained there had been 3 to 4 recent mulch fires at The Highlands. Mr. Dubois described putting one out near the clubhouse recently.

SCENE EXAMINATION:

4.          The fire scene examination commenced on Friday, May 30, 2008 at approximatel[y] 0900 hours once suppression efforts had been completed and all resources were gathered. This examination was conducted by Peabody Fire Inspector Joseph DiFranco Jr., Firefighter Chris Dowling, State Police Sergeant Peter Cummings, Troopers Steven Cunningham, Peter Bramant[i] and I. Trooper Jay McCarthy of State Police Crime Scene Services was also on scene to assist with documentation. Peabody Police, State Police, and Peabody Fire security details secured th[e] structure until investigators returned to the scene. This examination consisted of observations o[f] the exterior and interior damage to the structure, which resulted from smoke, heat, and flames. I[n] essence, we observed the top two floors of the structure had been consumed by the fire on every side. Essentially what remained was the garages on the first level most of which had ceiling collapse along the A side. Extensive fire damage was observed along the C side of the structure where we noted that the fire damage began low at ground level and consumed the majority of th[e] three floors above. Heavy charring to structural members and extensive collapse to the walls an[d] floors was also observed in this immediate area, more notably in the center portion of the C wall[.]

5.          Investigators were unable to enter the interior of the structure due to the structural collapse. We did visit Building# 3 (3 Silver leaf Way) which is an exact replica of the effected structure in order to get a sense of the entire layout. After making all of the above observations the scene examination focused on the C side exterior. Investigators agree that based on early witness statements, and significant low fire damage observed we meticulously excavated the are[a] just outside the middle tower (Tower #2) at the rear entrance taking care to examine the debris fo[r] anything out of the ordinary. As heavy structural debris were moved away from this area (walls, doors, charred timbers, etc.) we uncovered a bank of four natural gas meters stacked (2 top/2 bottom) located along the C wall on the right of the entrance way approximately six    inches above ground level. The wall behind the bank of meters had the vinyl siding completely consumed with the pressed particleboard underneath charred heavily. The heavy char began at th[e] poured concrete foundation and extended upward and out with a small section of the wallboard burned through. Behind this C wall section at the meters was a small exterior utility closet that housed a gas fired hot water heater and simple small storage. A detailed examination of this room was conducted and its equipment was negative for any defect or ignition source. No fire damage was located inside this closet and its structure was fully intact. Conversely, the steel entry door to the left of the gas meter bank was catastrophic. Heavy char was also observed low on the doorframe of this entrance and a support pillar standing approximately two feet forward from the gas meter bank sustained extremely heavy char on the side facing inward toward the meters and its char was also very low beginning along the concrete footing.

6.          Continuing our examination we excavated the small debris remaining on the

ground in front of the gas meter bank at the base of the poured concrete foundation. We were to recover small pieces of bark mulch in this area, sections of gas meters, and regulators that failed due the extreme heat. Continuing our efforts in this area we located several cigarette bu filters on the ground just below the gas meter bank and to the right of the center tower entranc walkway. Along with this discovery we also located a pack of cigarettes (Marlboro Lights) be the walkway covered over in the mulch. Investigators also excavated and examined the underground gas line and feed to the meter bank with the assistance of heavy equipment expos the two sections of piping. Tests were conducted as to the integrity of the piping with the assistance of Keyspan and DTE, which were negative for any underground breeches.

CONCLUSION:

.7.         Based on the scene examination, witness statements, early fire photography, and equipment observations, it is the collective opinion of the fire investigation team that the fire th occurred at 8 Ashford Trail in Peabody on May 29, 2008 was accidental. All patterns support th theory that the area of origin was located on the exterior C side of the structure, in the immedia area next to the rear center tower (Tower #2) entrance just below a bank of natural gas meters. The examination of the underground gas lines revealed no natural gas leak. All heat generating appliances and fixtures have been eliminated as a possible ignition source. Investigators believe that careless disposal of smoking materials was the ignition source to an area containing approximately one inch layer of dry bark mulch which burned undetected until it extended to th exterior vinyl siding (C side) which resulted in the eventual breech of the gas meters essentially fueling the fire to an intense level in a short period of time. Investigators located evidence that prior mulch fires had been both reported and unreported to authorities in just days prior to this fire. Documents (5/21/07, 1/15/08, 2/19/08) produced by The Highlands were recovered supporting the fact that The Highlands management were aware of the potential hazards of cigarette disposal by residents and had instituted fines for violators. No evidence was found that this fire was intentionally set. Case closed.


Respectfully submitted,



Sheryl A. O'Donnell, #2904
Trooper, Massachusetts State Police
Fire and Explosion Investigation Section
P.O. Box 1025, State Road
Stow, Massachusetts 01775

Evidence

No Evidence

**Fire Investigation Summary Report**

## Photos

Taken By:  Police Department

Description / Explanation / Comments:
State Police Crime Scene Services- Trooper Jay McCarthy #3025

## K-9

K-9 Not Used

**Fire Investigation Summary Report**

## Occupants

St.Laurent, Daniel -- 8 Ashford Trail #807   Peabody, MA  01960

Gardner, Gayle -- 8 Ashford Trail #807   Peabody, MA  01960

Maguire, Kim -- 8 Ashford Trail #808   Peabody, MA  01960

Squeglia, Jessica -- 8 Ashford Trail #809   Peabody, MA  01960

Collier, Sean -- 8 Ashford Trail #813   Peabody, MA  01960

Zizza, Frank -- 8 Ashford Trail #817   Peabody, MA  01960

Zizza, Michael -- 8 Ashford Trail #817   Peabody, MA  01960

Schreiner, Chantal -- 8 Ashford Trail #819   Peabody, MA  01960

Morando, Edward -- 8 Ashford Trail #825   Peabody, MA  01960

Iacopino, Fabio -- 8 Ashford Trail #826   Peabody, MA  01960
DOB: Unknown,

Varnes, Charles -- 8 Ashford Trail #828   Peabody, MA  01960
SSN: Unknown,

Houston, Rebecca -- 8 Ashford Trail #828   Peabody, MA  01960
SSN: Unknown,

Dilorio, Emilio -- 8 Ashford Trail #829   Peabody, MA  01960

Grant, Pamela -- 8 Ashford Trail #833   Peabody, MA  01960
DOB: Unknown,

Carmichael, Marisa -- 8 Ashford Trail #834   Peabody, MA  01960

Jackson, Tabitha -- 8 Ashford Trail #835   Peabody, MA  01960

Moise, Anthony -- 8 Ashford Trail #837   Peabody, MA  01960

Peppe, Tanya -- 8 Ashford Trail #837   Peabody, MA  01960

Caissie, Crystal -- 8 Ashford Trail #839   Peabody, MA  01960

**Fire Investigation Summary Report**

Miller, Ian  -- 8 Ashford Trail #8010  Peabody, MA  01960
   DOB: Unknown,

Dzamba, Stephanie  -- 8 Ashford Trail #8010  Peabody, MA  01960

Picardi, Matt  -- 8 Ashford Trail #8011  Peabody, MA  01960
   DOB: Unknown,

Clarke, Meg  -- 8 Ashford Trail #8011  Peabody, MA  01960
   DOB: Unknown,

Dingle, Jeff  -- 8 Ashford Trail #8110  Peabody, MA  01960

Mistretta, Jennifer  -- 8 Ashford Trail #8210  Peabody, MA  01960

Mistretta, Congetta  -- 8 Ashford Trail #8210  Peabody, MA  01960

Felteau, Sabrina  -- 8 Ashford Trail #8212  Peabody, MA  01960

Felteau, Louise  -- 8 Ashford Trail #8212  Peabody, MA  01960

Choo, Amanda  -- 8 Ashford Trail #8311  Peabody, MA  01960
   SSN: Unknown,

Takach, Paul  -- 8 Ashford Trail #8311  Peabody, MA  01960
   SSN: Unknown,

McLaughlin, Rick  -- 8 Ashford Trail #8312  Peabody, MA  01960

Dempsey, Stephanie  -- 8 Ashford Trail #8312  Peabody, MA  01960

Iocco, Maria  -- 8 Ashford Trail #823  Peabody, MA  01960
   DOB: Unknown,  SSN: Unknown,

Iapicca, Suzanne  -- 8 Ashford Trail #808  Peabody, MA  01960
   DOB: Unknown,  SSN: Unknown,

Amorim, Joyce  -- 8 Ashford Trail #818  Peabody, MA  01960
   DOB: Unknown,  SSN: Unknown,  Phone: Unknown

Cagliuso, Theresa  -- 8 Ashford Trail #818  Peabody, MA  01960
   DOB: Unknown,  SSN: Unknown,

Torra Jr., Anthony  -- 8 Ashford Trail #824  Peabody, MA  01960
   DOB: Unknown,  SSN: Unknown,

German, Grey  -- 8 Ashford Trail #827  Peabody, MA  01960
   DOB: Unknown,  SSN: Unknown,

**Fire Investigation Summary Report**

Sargent, Rebecca  -- 8 Ashford Trail #827  Peabody, MA  01960
    DOB: Unknown,  SSN: Unknown, ████████████

O'Reilly, Franceska  -- 8 Ashford Trail #835  Peabody, MA  01960
    DOB: Unknown,  SSN: Unknown, ████████████

Moise, Anthony  -- 8 Ashford Tail #837  Peabody, MA  01960

## Injuries

Rhueame, Paul  -- 47 Lowell St.  Peabody, MA  01960
    DOB: Unknown,  SSN: Unknown, ████████████,  Injury Status: Injured -- Fire Fighter

Kolodziej, K  -- 47 Lowell St.  Peabody, MA  01960
    DOB: Unknown,  SSN: Unknown, ████████████  Injury Status: Injured -- Fire Fighter

Martin, Michael  -- 47 Lowell St.  Peabody, MA  01960
    DOB: Unknown,  SSN: Unknown, ████████████  Injury Status: Injured -- Fire Fighter

Lynch, Paul C  -- 47 Lowell St.  Peabody, MA  01960
    DOB: Unknown,  SSN: Unknown, ████████████  Injury Status: Injured -- Fire Fighter

## Owner

Associates, LLP, Fairfield Peabody  -- P.O.Box 1282  Boston, MA  02117
    DOB: Unknown,  SSN: Unknown,  Phone: Unknown

## Reported By

Pickard, Scott  -- 14 Dooling Cir.  Peabody, MA  01960

## Discovered By

Dubois, Thomas G -- 2 Magnolia Way #221  Peabody, MA  01960

**Fire Investigation Summary Report**

## Witnesses

O'Keefe (firefighter), Timothy  -- 47 Lowell St.   Peabody,  MA   01960
▓▓▓▓▓▓▓▓▓   SSN: Unknown,  ▓▓▓▓▓▓▓▓▓▓▓▓

Desmond (fire fighter), Robert F -- 47 Lowell St.   Peabody,  MA   01960
▓▓▓▓▓▓▓▓▓   SSN: Unknown,  ▓▓▓▓▓▓▓▓▓▓▓▓

Daly (Peabody Fire), Joseph L -- 47 Lowell St.   Peabody,  MA   01960
▓▓▓▓▓▓▓▓▓   SSN: Unknown,  ▓▓▓▓▓▓▓▓▓▓▓▓

Jacavanco (fire fighter), William  -- 47 Lowell St.   Peabody,  MA   01960
▓▓▓▓▓▓▓▓▓   SSN: Unknown,  ▓▓▓▓▓▓▓▓▓▓▓▓

Lynch (fire fighter), Steven   -- 47 Lowell St.   Peabody,  MA   01960
▓▓▓▓▓▓▓▓▓   SSN: Unknown,  ▓▓▓▓▓▓▓▓▓▓▓▓

Pereira, Joseph   -- 1413 Silverleaf Way   Peabody,  MA   01960
▓▓▓▓▓▓▓▓▓   SSN: Unknown,  ▓▓▓▓▓▓▓▓▓▓▓▓

Maurice, Perry   -- 16 Silverleaf Way #24   Peabody,  MA   01960
DOB: Unknown,   SSN: Unknown,   ▓▓▓▓▓▓▓▓▓▓▓▓

Pickard, Scott   -- 14 Dooling Cir.   Peabody,  MA   01960
▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓▓▓▓▓

Dubois, Thomas G -- 2 Magnolia Way #221   Peabody,. MA   01960
▓▓▓▓▓▓▓▓▓,   ▓▓▓▓▓▓▓▓▓▓▓▓

Filippone, Andrew   -- Unknown Address   Peabody,  MA   01960
▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓▓▓▓▓

Rossino, Louis M -- 15 Silverleaf Way #1514   Peabody,  MA   01960
▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓▓▓▓▓

Lilly, Andy   -- 16 Silverleaf Way #1635   Peabody,  MA   01960
▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓▓▓▓▓

**EXHIBIT B**

| FDID | * | State | * | Incident Date | * | | Station | | Incident Number | * | Exposure | * | | Narrative |

**Narrative:**
Caller Name : CERULLI,JUSTIN
Caller Phone : (978) 278-5696   COID=CMCST
askelton ; 2008/05/19 11:15:46 - Engine 5 AT EVENT MANNING IS 3
askelton ; 2008/05/19 11:15:57 - CAR_2 AT EVENT MANNING IS 1
askelton ; 2008/05/19 11:16:22 - Engine 3 AT EVENT MANNING IS 3
askelton ; 2008/05/19 11:16:51 - Engine 1 AT EVENT MANNING IS 4


911 ; 2008/05/19 11:06:45
Time of Call : 2008/05/19 11:06:41
Phone Number : (978) 278-5696   COID=CMCST
Caller Name : CERULLI,JUSTIN
Street Number : 9
Street Name : MAGNOLIA WY
Service Municipality : PEABODY
ESN : ESN=335     MTN:978-278-5696
askelton ; 2008/05/19 11:11:12
FIRE ALARM RECIEVED A REPORT OF BURNING WIRES AGAINST A HOUSE
askelton ; 2008/05/19 11:11:27
FIRE ALARM STRUCK BOX 875
askelton ; 2008/05/19 11:21:28
ENGINE 5 REPORTS A SMALL MULCH FIRE POSSIBLY SPREADING TO THE BUILDING
Engine 5 remained on scene and emptied their whole tank on the mulch as a precaution.
K2 also en route to the scene at 11:46.
K2 on scene 11:56.
Engine 5 and K2 Returning from the scene at 12:08

| PDID | * | State | * | Incident Date | * | Station | * | Incident Number | * | Exposure | * | Change | Basic |
|------|---|-------|---|---------------|---|---------|---|-----------------|---|----------|---|--------|-------|

**B  Location***

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B "Alternative Location Specification". Use only for Wildland Fires.

Census Tract

☒ Street address
☐ Intersection
☐ In front of
☐ Rear of
☐ Adjacent to
☐ Directions

| Number/Milepost | Prefix | Street or Highway | Street Type | Suffix |
|-----------------|--------|-------------------|-------------|--------|
| 1 | | SILVER LEAF WAY | | |

| Apt./Suite/Room | City | State | Zip Code |
|-----------------|------|-------|----------|
| | PEABODY | MA | 01960 |

Cross street or directions, as applicable

**C  Incident Type***

1401 | Mulch Fire
Incident Type

**D  Aid Given or Received***

1 ☐ Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☐ Automatic aid given
5 ☐ Other aid given
N ☒ None

Their PDID | Their State

Their Incident Number

**E1  Date & Times**          Midnight is 0000

Check boxes if dates are the same as Alarm Date.

| | Month | Day | Year | Hr Min Sec |
|--|-------|-----|------|-----------|
| ALARM always required | | | | |
| Alarm * | 05 | 21 | 2008 | 10:49:09 |

ARRIVAL required, unless canceled or did not arrive
☐ Arrival * | 05 | 21 | 2008 | 10:54:32

CONTROLLED Optional, Except for wildland fires
☐ Controlled

LAST UNIT CLEARED, required except for wildland fires
☐ Last Unit Cleared | 05 | 21 | 2008 | 11:16:24

**E2  Shift & Alarm**
Local Option
3
Shift or Platoon | Alarms | District

**E3  Special Studies**
Local Option

Special Study ID# | Special Study Value

**F  Actions Taken***

10 | Fire control or
Primary Action Taken (1)

Additional Action Taken (2)

Additional Action Taken (3)

**G1  Resources***

☐ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|--|-----------|-----------|
| Suppression | 0001 | |
| EMS | | |
| Other | 0006 | |

☐ Check box if resource counts include aid received resources.

**G2  Estimated Dollar Losses & Values**

LOSSES: Required for all fires if known. Optional for non fires.

| | | | None |
|--|--|--|------|
| Property $ | , 000 , 000 | | ☐ |
| Contents $ | , 000 , 000 | | ☐ |

PRE-INCIDENT VALUE: Optional

| Property $ | , 000 , 000 |
| Contents $ | , 000 , 000 |

**Completed Modules**

☒ Fire-2
☐ Structure-3
☐ Civil Fire Cas.-4
☐ Fire Serv. Cas.-5
☐ EMS-6
☐ HazMat-7
☐ Wildland Fire-8
☒ Apparatus-9
☒ Personnel-10
☐ Arson-11

**H1* Casualties** ☐ None

| | Deaths | Injuries |
|--|--------|----------|
| Fire Service | | |
| Civilian | | |

**H2  Detector**
Required for Confined Fires.

1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

**H3  Hazardous Materials Release**

N ☒ None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane Gas: <21 lb. tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☐ Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

**I  Mixed Use Property**

NN ☒ Not Mixed
10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Bus. & Residential
59 ☐ Office use
60 ☐ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

**J  Property Use***  Structures

131 ☐ Church, place of worship
161 ☐ Restaurant or cafeteria
162 ☐ Bar/Tavern or nightclub
213 ☐ Elementary school or kindergarten
215 ☐ High school or junior high
241 ☐ College, adult education
311 ☐ Care facility for the aged
331 ☐ Hospital

Outside

124 ☐ Playground or park
555 ☐ Crops or orchard
569 ☐ Forest (timberland)
807 ☐ Outdoor storage area
919 ☐ Dump or sanitary landfill
931 ☐ Open land or field

341 ☐ Clinic, clinic type infirmary
342 ☐ Doctor/dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1-or 2-family dwelling
429 ☒ Multi-family dwelling
439 ☐ Rooming/boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/barracks
519 ☐ Food and beverage sales

936 ☐ Vacant lot
938 ☐ Graded/care for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right of way
960 ☐ Other street
961 ☐ Highway/divided highway
962 ☐ Residential street/driveway

539 ☐ Household goods, sales, repairs
579 ☐ Motor vehicle/boat sales/repair
571 ☐ Gas or service station
599 ☐ Business office
615 ☐ Electric generating plant
629 ☐ Laboratory/science lab
700 ☐ Manufacturing plant
819 ☐ Livestock/poultry storage (barn)
882 ☐ Non-residential parking garage
891 ☐ Warehouse

981 ☐ Construction site
984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Property Use | 429

Multifamily dwelling

NFIRS-1 Revision 03/11/99

**Narrative:**

Caller Name : AT&T MOBILITY, (866) 915-5600
Caller Phone : (978) 239-4850   COID=ATTMO
mpellizzaro ; 2008/05/21 10:54:32 - Engine 4 AT EVENT MANNING IS 3
mpellizzaro ; 2008/05/21 10:54:54 - Engine 5 AT EVENT MANNING IS 3
mpellizzaro ; 2008/05/21 10:55:10 - Engine 3 AT EVENT MANNING IS 3
mpellizzaro ; 2008/05/21 11:01:38 - K2 AT EVENT MANNING IS 1
mpellizzaro ; 2008/05/21 11:01:41 - K3 AT EVENT MANNING IS 1


911 ; 2008/05/21 10:49:09
Time of Call : 2008/05/21 10:49:05
Phone Number : (978) 239-4850   COID=ATTMO
Caller Name : AT&T MOBILITY, (866) 915-5600
Street Number : 4
Street Name : DEARBORN RD
Service Municipality : PEABODY
ESN : ESN=601      MTN:978-511-7541
Longitude : -070.987794
Latitude : +042.522894
mpellizzaro ; 2008/05/21 10:56:35
POLICE REPORT SMOKE COMING FROM APARTMENT 116
mpellizzaro ; 2008/05/21 10:56:50
911 CALLER REPORT SMOKE IN AREA
mpellizzaro ; 2008/05/21 10:57:21
FA TRANSMITTED BOX 875
mpellizzaro ; 2008/05/21 10:57:58
Engine 4 REPORTED OUTSIDE MULCH FIRE       CODE C ALL COMPANIES
E-4 responded  careless disposal of smoking material  determined to  be cause .Mulch fire
extinguished prior to arrival.  jld0522

☐ Check This Box if
Name address as
incident location.
Then skip the three
duplicate address
lines.

Mr.,Ms., Mrs.   First Name                                    MI    Last Name                                      Suffix

Number          Prefix  Street or Highway                                      Street Type    Suffix

Post Office Box                          Apt./Suite/Room    City

State   Zip Code

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

---

《 2 Owner   ☐ Same as person involved?
               Then check this box and skip
               The rest of this section.
Local Option                              Business name (if Applicable)                Area Code   Phone Number

☐ Check this box if
same address as
incident location.
Then skip the three
duplicate address
lines.

Mr.,Ms., Mrs.   First Name                                    MI    Last Name                                      Suffix

Number          Prefix  Street or Highway                                      Street Type    Suffix

Post Office Box                          Apt./Suite/Room    City

State   Zip Code

---

## Remarks
Local Option

Caller Name : AT&T MOBILITY, (866) 915-5600
Caller Phone : (978) 239-4850   COID=ATTMO
mpellizzaro ; 2008/05/21 10:54:32 - Engine 4 AT EVENT MANNING IS 3
mpellizzaro ; 2008/05/21 10:54:54 - Engine 5 AT EVENT MANNING IS 3
mpellizzaro ; 2008/05/21 10:55:10 - Engine 3 AT EVENT MANNING IS 3
mpellizzaro ; 2008/05/21 11:01:38 - K2 AT EVENT MANNING IS 1
mpellizzaro ; 2008/05/21 11:01:41 - K3 AT EVENT MANNING IS 1


911 ; 2008/05/21 10:49:09
Time of Call : 2008/05/21 10:49:05
Phone Number : (978) 239-4850   COID=ATTMO
Caller Name : AT&T MOBILITY, (866) 915-5600
Street Number : 4
Street Name : DEARBORN RD
Service Municipality : PEABODY
ESN : ESN=601   MTN:978-511-7541
Longitude : -070.987794
Latitude : +042.522894
mpellizzaro ; 2008/05/21 10:56:35
POLICE REPORT SMOKE COMING FROM APARTMENT 116
mpellizzaro ; 2008/05/21 10:56:50
911 CALLER REPORT SMOKE IN AREA
mpellizzaro ; 2008/05/21 10:57:21
FA TRANSMITTED BOX 875
mpellizzaro ; 2008/05/21 10:57:58

---

## Authorization

| 6887 | O'Keefe, Timothy | FF | E4 | 05 | 21 | 2008 |
|---|---|---|---|---|---|---|
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

Check
box if ☐   | 7220 | Perrone, Ernest A | FF | E3 | 05 | 21 | 2008 |
same Officer   | Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |
in charge.

---

Peabody Fire dept

| 09229 | MA | 05 | 25 | 2008 | 08-0002784 | 000 | Change |
|---|---|---|---|---|---|---|---|
| FDID | State | | | | Incident Number | Exposure | No. Activity |

**Basic**

## B  Location*

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B "Alternative Location Specification". Use only for Wildland fires.

Census Tract [____] - [___]

☒ Street address
☐ Intersection
☐ In front of
☐ Rear of
☐ Adjacent to
☐ Directions

| 19 | | SILVER LEAF WAY | | | |
|---|---|---|---|---|---|
| Number/Milepost | Prefix | Street or Highway | | Street Type | Suffix |

| | PEABODY | | MA | 01960 | - |
|---|---|---|---|---|---|
| Apt./Suite/Room | City | | State | Zip Code | |

Cross street or directions, as applicable

## C  Incident Type*

| 600 | Good intent call, Other |
|---|---|
| Incident Type | |

## D  Aid Given or Received*

1 ☐ Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☐ Automatic aid given
5 ☐ Other aid given
N ☒ None

| Their FDID | Their State |
|---|---|

| Their Incident Number |
|---|

## E1  Date & Times

Midnight is 0000

☐ Check boxes if dates are the same as Alarm Date.

ALARM always required

| | Month | Day | Year | Hr Min Sec |
|---|---|---|---|---|
| Alarm* | 05 | 25 | 2008 | 20:04:19 |

ARRIVAL required, unless canceled or did not arrive

☐ Arrival*  | 05 | 25 | 2008 | 20:12:33 |

CONTROLLED Optional, Except for wildland fires

☐ Controlled

LAST UNIT CLEARED, required except for wildland fires

☐ Last Unit Cleared  | 05 | 25 | 2008 | 20:29:12 |

## E2  Shift & Alarm

Local Option

| 3 | | |
|---|---|---|
| Shift or Platoon | Alarms | District |

## E3  Special Studies

Local Option

| | |
|---|---|
| Special Study ID# | Special Study Value |

## F  Actions Taken*

| 503 | Wash Down |
|---|---|
| Primary Action Taken (1) | |

| | |
|---|---|
| Additional Action Taken (2) | |

| | |
|---|---|
| Additional Action Taken (3) | |

## G1  Resources*

☐ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | | |
| EMS | | |
| Other | | 0001 |

☐ Check box if resource counts include aid received resources.

## G2  Estimated Dollar Losses & Values

LOSSES: Required for all fires if known. Optional for non fires.

| | | | | Non |
|---|---|---|---|---|
| Property $ | | ,000 | ,000 | ☐ |
| Contents $ | | ,000 | ,000 | ☐ |

PRE-INCIDENT VALUE: Optional

| Property $ | | ,000 | ,000 | ☐ |
|---|---|---|---|---|
| Contents $ | | ,000 | ,000 | ☐ |

## Completed Modules

☐ Fire-2
☐ Structure-3
☐ Civil Fire Cas.-4
☐ Fire Serv. Cas.-5
☐ EMS-6
☐ HazMat-7
☐ Wildland Fire-8
☒ Apparatus-9
☒ Personnel-10
☐ Arson-11

## H1  Casualties ☐None

| | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

## H2  Detector

Required for Confined Fires.

1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

## H3  Hazardous Materials Release

N ☒ None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☐ Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

## I  Mixed Use Property

NN ☐ Not Mixed
10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Bus. & Residential
59 ☐ Office use
60 ☐ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

## J  Property Use*  Structures

131 ☐ Church, place of worship
161 ☐ Restaurant or cafeteria
162 ☐ Bar/Tavern or nightclub
213 ☐ Elementary school or kindergarten
215 ☐ High school or junior high
241 ☐ College, adult education
311 ☐ Care facility for the aged
331 ☐ Hospital

341 ☐ Clinic, clinic type infirmary
342 ☐ Doctor/dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1-or 2-family dwelling
429 ☒ Multi-family dwelling
439 ☐ Rooming/boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/barracks
519 ☐ Food and beverage sales

539 ☐ Household goods,sales,repairs
579 ☐ Motor vehicle/boat sales/repair
571 ☐ Gas or service station
599 ☐ Business office
615 ☐ Electric generating plant
629 ☐ Laboratory/science lab
700 ☐ Manufacturing plant
819 ☐ Livestock/poultry storage(barn)
882 ☐ Non-residential parking garage
891 ☐ Warehouse

### Outside

124 ☐ Playground or park
655 ☐ Crops or orchard
669 ☐ Forest (timberland)
807 ☐ Outdoor storage area
919 ☐ Dump or sanitary landfill
931 ☐ Open land or field

936 ☐ Vacant lot
938 ☐ Graded/care for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right of way
960 ☐ Other street
961 ☐ Highway/divided highway
962 ☐ Residential street/driveway

981 ☐ Construction site
984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box.

| Property Use | 429 |
|---|---|

| Multifamily dwelling |
|---|

NFIRS-1 Revision 03/11/99

Local Opti...     Business name (if applicable)     Area Code   Phone Number

☐ Check This Box if
same address as
incident location.
Then skip the three
duplicate address
lines.

Mr.,Ms., Mrs.   First Name       MI     Last Name     Suffix

Number     Prefix   Street or Highway       Street Type   Suffix

Post Office Box     Apt./Suite/Room   City

State    Zip Code   -

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

**2 Owner** ☐ Same as person involved?
Then check this box and skip
The rest of this section.

Local Option     Business name (if Applicable)     Area Code   Phone Number

☐ Check this box if
same address as
incident location.
Then skip the three
duplicate address
lines.

Mr.,Ms., Mrs.   First Name       MI     Last Name     Suffix

Number     Prefix   Street or Highway       Street Type   Suffix

Post Office Box     Apt./Suite/Room   City

State    Zip Code   -

## Remarks
Local Option

```
Caller Name : AT&T MOBILITY, (866) 915-5600
Caller Phone : (828) 719-8168   COID=ATTMO
admin ; 2008/05/25 20:12:33 - Engine 5 AT EVENT MANNING IS 3

911 ; 2008/05/25 20:04:19
Time of Call : 2008/05/25 20:04:14
Phone Number : (828) 719-8168   COID=ATTMO
Caller Name : AT&T MOBILITY, (866) 915-5600
Street Number : 4
Street Name : DEARBORN RD
Service Municipality : PEABODY
ESN : ESN=601    MTN:978-511-7431
Longitude : -070.992215
Latitude : +042.522519
ddean ; 2008/05/25 20:19:41
BUILDING 15
Engine 5 arrived, the fire was out , we wet it down ret.
```

## Authorization

| 1468 | Kimber, James W | FF | E5 | 05 | 25 | 2008 |
|---|---|---|---|---|---|---|
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

☐ Check
box if
Same
is Officer
in charge.

| 1468 | Kimber, James W | FF | E5 | 05 | 25 | 2008 |
|---|---|---|---|---|---|---|
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

Narrative
Caller Name : AT&T MOBILITY, (866) 915-5600
Caller Phone : (828) 719-8168  COID=ATTMO
admin ; 2008/05/25 20:12:33 - Engine 5 AT EVENT MANNING IS 3

911 ; 2008/05/25 20:04:19
Time of Call : 2008/05/25 20:04:14
Phone Number : (828) 719-8168  COID=ATTMO
Caller Name : AT&T MOBILITY, (866) 915-5600
Street Number : 4
Street Name : DEARBORN RD
Service Municipality : PEABODY
ESN : ESN=601      MTN:978-511-7431
Longitude : -070.992215
Latitude : +042.522519
ddean ; 2008/05/25 20:19:41
BUILDING 15
Engine 5 arrived, the fire was out , we wet it down ret.

abody Fire dept

09229    05/25/2008    08-0002784

**B  Location\***

☒ Street address
☐ Intersection
☐ In front of
☐ Rear of
☐ Adjacent to
☐ Directions

| 19 | | MAGNOLIA WAY | | |
|----|----|----|----|----|
| Number/Milepost | Prefix | Street or Highway | Street Type | Suffix |

| PEABODY | | MA | 01960 |
|----|----|----|----|
| Apt./Suite/Room | City | State | Zip Code |

Cross street or directions, as applicable

---

**C  Incident Type \***

| 1401 | Mulch Fire |
|----|----|
| Incident Type | |

**D  Aid Given or Received\***

1 ☐ Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☐ Automatic aid given
5 ☐ Other aid given
N ☒ None

Their FDID   Their State

Their Incident Number

**E1  Date & Times**     Midnight is 0000

Check boxes if dates are the same as Alarm Date.

|  | Month | Day | Year | Hr Min Sec |
|----|----|----|----|----|
| Alarm \* ALARM always required | 05 | 30 | 2008 | 15:16:17 |
| ☐ Arrival \* ARRIVAL required, unless canceled or did not arrive | 05 | 30 | 2008 | 15:18:25 |
| ☐ Controlled CONTROLLED Optional, Except for wildland fires | | | | |
| ☐ Last Unit Cleared LAST UNIT CLEARED, required except for wildland fires | 05 | 30 | 2008 | 15:29:04 |

**E2 Shift & Alarm**     Local Option

| 4 | | |
|----|----|----|
| Shift or Platoon | Alarms | District |

**E3  Special Studies**     Local Option

Special Study ID#     Special Study Value

---

**F  Actions Taken \***

| 11 | Extinguishment by fire |
|----|----|
| Primary Action Taken (1) | |

Additional Action Taken (2)

Additional Action Taken (3)

**G1  Resources \***

☐ Check this box and skip this section if an Apparatus or Personnel form is used.

|  | Apparatus | Personnel |
|----|----|----|
| Suppression | | |
| EMS | | |
| Other | 0001 | |

☐ Check box if resource counts include aid received resources.

**G2 Estimated Dollar Losses & Values**

LOSSES: Required for all fires if known. Optional for non fires.     None

| | | | |
|----|----|----|----|
| Property $ | | 000 | 000 |
| Contents $ | | 000 | 000 |

PRE-INCIDENT VALUE: Optional

| | | | |
|----|----|----|----|
| Property $ | | 000 | 000 |
| Contents $ | | 000 | 000 |

---

**Completed Modules**

☒ Fire-2
☐ Structure-3
☐ Civil Fire Cas.-4
☐ Fire Serv. Cas.-5
☐ EMS-6
☐ HazMat-7
☐ Wildland Fire-8
☒ Apparatus-9
☒ Personnel-10
☐ Arson-11

**H1\*Casualties** ☐ None

| | Deaths | Injuries |
|----|----|----|
| Fire Service | | |
| Civilian | | |

**H2  Detector**
Required for Confined Fires.

1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

**H3  Hazardous Materials Release**

N ☒ None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil:vehicle fuel tank or portable
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totalling < 55 gallons
0 ☐ Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

**I  Mixed Use Property**

NN ☐ Not Mixed
10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Bus. & Residential
59 ☐ Office use
60 ☐ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

---

**J  Property Use\***     Structures

131 ☐ Church, place of worship
161 ☐ Restaurant or cafeteria
162 ☐ Bar/Tavern or nightclub
213 ☐ Elementary school or kindergarten
215 ☐ High school or junior high
241 ☐ College, adult education
311 ☐ Care facility for the aged
331 ☐ Hospital

Outside

124 ☐ Playground or park
655 ☐ Crops or orchard
669 ☐ Forest (timberland)
807 ☐ Outdoor storage area
919 ☐ Dump or sanitary landfill
931 ☐ Open land or field

341 ☐ Clinic,clinic type infirmary
342 ☐ Doctor/dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1-or 2-family dwelling
429 ☐ Multi-family dwelling
439 ☐ Rooming/boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/barracks
519 ☐ Food and beverage sales

936 ☐ Vacant lot
938 ☐ Graded/care for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right of way
960 ☐ Other street
961 ☐ Highway/divided highway
962 ☒ Residential street/driveway

539 ☐ Household goods,sales,repairs
579 ☐ Motor vehicle/boat sales/repair
571 ☐ Gas or service station
599 ☐ Business office
615 ☐ Electric generating plant
700 ☐ Laboratory/science lab
819 ☐ Manufacturing plant
882 ☐ Livestock/poultry storage(barn)
891 ☐ Non-residential parking garage
    ☐ Warehouse

981 ☐ Construction site
984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Property Use   962

Residential street, road or

NFIRS-1 Revision 03/11/99

Local Option          Business name (if applicable)                          Area Code   Phone Number

Check This Box if
same address as       Mr.,Ms., Mrs.  First Name                  MI    Last Name                    Suffix
incident location.
Then skip the three
duplicate address     Number        Prefix  Street or Highway                      Street Type   Suffix
lines.

                      Post Office Box           Apt./Suite/Room   City

                      State   Zip Code       -

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

## 2 Owner          ☐ Same as person involved?
                       Then check this box and skip
Local Option           The rest of this section.   Business name (if Applicable)          Area Code   -    Phone Number   -

          Check this box if     Mr.,Ms., Mrs.  First Name                  MI    Last Name                    Suffix
          same address as
          incident location.
          Then skip the three    Number        Prefix  Street or Highway                      Street Type   Suffix
          duplicate address
          lines.
                                 Post Office Box           Apt./Suite/Room   City

                                 State   Zip Code

## Remarks
Local Option

kremington ; 2008/05/30 15:18:25 - Engine 7 AT EVENT MANNING IS 4

kremington ; 2008/05/30 15:18:06
SMALL MULCH FIRE DUE TO SMOKING MATERIALS.  Extinguished with booster line by Engine 7 crew,
manning Engine 1, at the Highlands apartment complex.

## Authorization

| | | | | | | |
|---|---|---|---|---|---|---|
| 4715 | Koulas, Gregory T | CAPT | E7 | 05 | 31 | 2008 |
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

Check
box if ☒  4715            Koulas, Gregory T    CAPT          E7          05   31   2008
name
is Officer  Member making report ID   Signature   Position or rank   Assignment   Month   Day   Year
in charge.

**Narrative:**

kremington ; 2008/05/30 15:18:25 - Engine 7 AT EVENT MANNING IS 4

kremington ; 2008/05/30 15:18:06
SMALL MULCH FIRE DUE TO SMOKING MATERIALS.   Extinguished with booster line by Engine 7 crew,
manning Engine 1, at the Highlands apartment complex..

**B   Location**

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B "Alternative Location Specification". Use only for wildland fires.

Census Tract [    ] - [  ]

☒ Street address
☐ Intersection
☐ In front of
☐ Rear of
☐ Adjacent to
☐ Directions

Number/Milepost: 10   Prefix [  ]   Street or Highway: OVERLOOK TRL

Street Type [    ]   Suffix [  ]

Apt./Suite/Room [  ]   City: PEABODY   State: MA   Zip Code: 01960 - [    ]

Cross street or directions, as applicable

**C   Incident Type ***

1401 | Mulch Fire
Incident Type

**D   Aid Given or Received ***

1 ☐ Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☐ Automatic aid given
5 ☐ Other aid given
N ☒ None

Their FDID [    ]   Their State [  ]

Their Incident Number [         ]

**E1   Date & Times**     Midnight is 0000

Check boxes if dates are the same as Alarm Date.

ALARM always required
Month 06   Day 01   Year 2008   Hr Min Sec 17:57:57

Alarm

ARRIVAL required, unless canceled or did not arrive
☐ Arrival *   06   01   2008   18:05:55

CONTROLLED Optional, Except for wildland fires
☐ Controlled

LAST UNIT CLEARED, required except for wildland fires
☐ Last Unit Cleared   06   01   2008   19:18:58

**E2   Shift & Alarm**     Local Option

Shift or Platoon: 2   Alarms [  ]   District [  ]

**E3   Special Studies**     Local Option

Special Study ID# [  ]   Special Study Value [    ]

**F   Actions Taken ***

12 | Salvage & overhaul
Primary Action Taken (1)

[    ] Additional Action Taken (2)

[    ] Additional Action Taken (3)

**G1   Resources**

☐ Check this box and skip this section if an Apparatus or Personnel form is used.

|              | Apparatus | Personnel |
|--------------|-----------|-----------|
| Suppression  |           |           |
| EMS          |           |           |
| Other        | 0001      |           |

☐ Check box if resource counts include aid received resources.

**G2   Estimated Dollar Losses & Values**

LOSSES: Required for all fires if known. Optional for non fires.

Property $ [      ] , 000 , 500
Contents $ [      ] , 000 , 000

PRE-INCIDENT VALUE: Optional

Property $ [      ] , 002 , 000
Contents $ [      ] , 000 , 000

**Completed Modules**

☒ Fire-2
☐ Structure-3
☐ Civil Fire Cas.-4
☐ Fire Serv. Cas.-5
☐ EMS-6
☐ HazMat-7
☐ Wildland Fire-8
☒ Apparatus-9
☒ Personnel-10
☒ Arson-11

**H1  Casualties** ☐ None

|          | Deaths | Injuries |
|----------|--------|----------|
| Fire Service |    |          |
| Civilian |        |          |

**H2   Detector**
Required for Confined Fires.

1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

**H3   Hazardous Materials Release**

N ☒ None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☐ Other: Special HazMat actions required or spill > 55gal. Please complete the HazMat form

**I   Mixed Use Property**

NN ☐ Not Mixed
10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Bus. & Residential
59 ☐ Office use
60 ☐ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

**J   Property Use ***     Structures

131 ☐ Church, place of worship
161 ☐ Bar/Tavern or nightclub
162 ☐ Bar/Tavern or nightclub
213 ☐ Elementary school or kindergarten
215 ☐ High school or junior high
241 ☐ College, adult education
311 ☐ Care facility for the aged
331 ☐ Hospital

Outside
124 ☐ Playground or park
655 ☐ Crops or orchard
669 ☐ Forest (timberland)
807 ☐ Outdoor storage area
919 ☐ Dump or sanitary landfill
931 ☐ Open land or field

341 ☐ Clinic, clinic type infirmary
342 ☐ Doctor/dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1- or 2-family dwelling
429 ☒ Multi-family dwelling
439 ☐ Rooming/boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/barracks
519 ☐ Food and beverage sales

936 ☐ Vacant lot
938 ☐ Graded/care for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right of way
960 ☐ Other street
961 ☐ Highway/divided highway
962 ☐ Residential street/driveway

539 ☐ Household goods, sales, repairs
579 ☐ Motor vehicle/boat sales/repair
571 ☐ Gas or service station
599 ☐ Business office
615 ☐ Electric generating plant
629 ☐ Laboratory/science lab
700 ☐ Manufacturing plant
819 ☐ Livestock/poultry storage (barn)
882 ☐ Non-residential parking garage
891 ☐ Warehouse

981 ☐ Construction site
984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Property Use | 429

Multifamily dwelling

NFIRS-1 Revision 03/11/99

Complete Narrative

**Narrative:**
cad ; 2008/06/01 18:05:55 - Engine 5 AT EVENT MANNING IS 3

cad ; 2008/06/01 18:00:48
BRUSH FIRE
cad ; 2008/06/01 19:01:06
K-3 ON SCENE
E-5 crew investigated  a mulch fire that had been extinguished. While investigating we found electrical wires to the AC unit had been burned through. We also overhauled the area pulling off some siding and insulation to check for extension.. We requested K3 to the scene after several AC units with burnt wires. The mulch fire location was behind Apt. 1019 of Overlook Trail.    MCM  II

**EXHIBIT C**

| Qty | Description of Property | Value |
|---|---|---|
| 1 | Reed & Barlon jewelry | $375.00 |
| 1 | Bunny Baby Cup | $25.00 |
| 1 | Reed & Barlon Tea Press  $30.00 | $30.00 |
| 1 | Cup saucer Deco | $30.00 |
| 1 | misc clothing | $281.86 |
| 1 | cosmetic | $34.50 |
| 1 | misc clothing | $281.86 |
| 1 | Deco Baby Bottle | $70.00 |
| 1 | Deco Baby Block | $27.30 |
| 1 | Deco Lisa Fram | $28.31 |
| 1 | Dyson Cleaner Vaccum | $349.00 |
| 1 | Mink Barber Jacket | $5,995.00 |
| 1 | Beaver Vest | $1,295.00 |
| 1 | Mink Coat (older) | $1,000 |
| 1 | Mink Coa  (newer) | $1,000 |
| 1 | Crystal Fox Jacket | $1,000 |
| 1 | White Armoire | $697.00 |
| 1 | Leather Sofa | $1,098.00 |
| 1 | Leather Chair | $798.00 |
| 1 | Leather Ottanan | $348.00 |
| 1 | Nightstand | $297.00 |
| 1 | Entertainment vault | $549.00 |
| 1 | Bose (Wave) Music Systems | $499.00 |
| 1 | Diamond Earrings | $399.00 |
| 4 | Studdard Show Radiacles | $407.60 |
| 1 | 1ct Diamond Pendant | $1,315.00 |
| 1 | Swarowski Crystal Beav w.Nautical Deco | $90.00 |
| 1 | 14 ct Gold Earrings | $120.00 |
| 1 | 14 ct Diamond Ring and Citrine   $447.00 | $447.00 |
| 1 | 14 ct Gold Earrings | $315.00 |
| 1 | 14 k Gold Emerald and Diamond Ring | $230.00 |
| 1 | Gold Metal Charm | $63.00 |
| 1 | 14 K Gold purse with Emerald Charm | $112.00 |
| 1 | 14 K Tennis Racket w Pearl Charm | $50.00 |
| 1 | 14K Cross Pendant 72 C Diamond | $800.00 |
| 1 | 14K 16 Cross Pendant 6 diamond (72C) | $775.00 |
| 1 | 14 K Gold Dog Charm | $80.00 |
| 1 | 14K Long Wavy Earrings | $85.50 |
| 1 | 14 Gold Flip Flop Charm | $60.00 |
| 1 | Crystal Swarowski Ware | $236.00 |
| 1 | Tornado Votive Candle | $22.50 |
| 1 | 14 K Gold Grad Cap Charm | $120.00 |
| 1 | 14 K Large Open Hoop Earrings | $230.00 |
| 1 | Century House Dining Table Chardeau Collection | $3,450 |
| 2 | Arm Chairs Chardeau Collection | $2,350.00 |
| 4 | Side Chave Chardeau Collectiojn | $4,388.00 |
| 1 | Server Chadeau Collection | $2,725.00 |
| 1 | Wrought Iron one Glass Sofa Table | $300.00 |
| 1 | Wrought Iron and Glass End Table | $275.00 |
| 1 | Wrought Iron and Glass Coffe Table | $350.00 |
| 12 | Lenox Aristrocrat china 5 Pc place setting | $5,116.44 |

| Qty | Description | Price |
|---|---|---|
| 1 | Lenox Aristocrat open vegetable bowl | $385.00 |
| 1 | Lenox Aristrocrat large oal platter | $694.50 |
| 1 | Lenox Aristocrat Large Sugar bowl wi/lid | $351.50 |
| 12 | Waterford Castletown stemware Golder | $2,400.00 |
| 12 | Waterford Castletown Clarent Glass | $2,400.00 |
| 12 | Waterford Stemware | $2,400 |
| 12 | Waterford Castletown stemware Saucer | $2,400 |
| 12 | Waterford Castletown Liquor Glasses | $1,860.00 |
| 12 | Sterling Silver Flatware 5 place settings | $2,500 |
| 61 | Sterling Silver Flatware seventy pieces | $2,500 |
| | | |
| | | |
| 1 | Alcove HPPavilion Media PC | $1,295 .00 |
| 1 | Alcove HP Expansion Base | $249.00 |
| 1 | Digitial Design M Box Factory Sw | $549.00 |
| 1 | Alcove HP3 in 1 Printer | $149.00 |
| 1 | Alcove Sandisk SD Date Card | $59.00 |
| 1 | Alcove Wireless Key and Mouse | $99.00 |
| 1 | Notebook Attach and Organizer | $39.00 |
| 1 | Canon Digital Wave Recorder | $99.00 |
| 1 | Sony Headphones Noise Couc | $59.00 |
| 1 | HP Powered Speakers for PC | $49.00 |
| 1 | Swarowski Deco Lg Tulip | $199.00 |
| 1 | Swarowski Deco Rose arrangement | $159.00 |
| 1 | Swarowski Deco Starfish | $99.00 |
| 1 | Crystal Desk Lamp Alcove | $100.00 |
| 1 | Misc Office Supplies | $30.00 |
| 1 | Verizon Ethenier Modem | $59.00 |
| 1 | Deco Glass Paperweight | $10.00 |
| 1 | Deco Glass Paperweight | $10.00 |
| 12 | Picture Frames | $200.00 |
| 1 | Goldleaf Heirloom Mirror | $150.00 |
| 1 | Liadio cat and mouse Deco | $100.00 |
| 1 | Ceramic Cavalier  Dog  Deco | $20.00 |
| 50 | Numerous Books (app 50) | $300.00 |
| 1 | Coat Closet Fox Cellar Wool Coat | $280.00 |
| 1 | Black Leather Jacket | $200.00 |
| 1 | Red Letter Jacket Alfani | $300.00 |
| 1 | Green Wool ct w suede collar and cuffs | $280.00 |
| 1 | London Fog Raincoat | $100.00 |
| 1 | Black Wool swing coat hooked fox trim | $250 |
| 1 | Coach  Umbrella | $58.00 |
| 1 | Decorative Metal Chair | $150.00 |
| 1 | Metal Bicycle | $20.00 |
| 1 | 2 drawer metal file cabinet | $80.00 |
| 1 | Coach dog leather leash red | $29.00 |
| 1 | Retractable Dog leash | $30.00 |
| 1 | Collapsible Metal Dog coverdd pen | $50.00 |
| 1 | Foyer Ceramic umbrella stand | $45.00 |
| 1 | Antique Seth Thomas Wall Clock | $500.00 |
| 1 | China Planter | $50.00 |

| | | |
|---:|---|---:|
| 1 | Hall Table Cherry | $125.00 |
| 1 | Glass and Brass Sofa Table | $250.00 |
| 1 | Gold leaf china bowl | $80.00 |
| 1 | Lladro Mother and child Deco | $200.00 |
| 1 | Lladro Mother and baby Deco | $140.00 |
| 1 | Gold Leaf Hall Mirror | $80.00 |
| 4 | Gold Leaf framed Angel Prints | $100.00 |
| 1 | Gold Wood Framed Rounder Print | $40.00 |
| 1 | Brass and Porcelain Bed Full | $250.00 |
| 1 | Full Size Mattress bed sprung | $750.00 |
| 1 | Designer Bedroom and lines set | $595.16 |
| 1 | Wooden Desk white and chair | $250.00 |
| 1 | Wooden Framed Floor Mirror Stand | $30.00 |
| 1 | Framed Watercolor Orginal | $120.00 |
| 1 | Wooden Wall Shelf White | $20.00 |
| 1 | Collection Fairy Francess Ireland | $500.00 |
| 1 | Bellfeck Angel | $75.00 |
| 1 | Llardo child with dog deco | $75.00 |
| 1 | Wooden Dresser Solid Maple White | $250.00 |
| 1 | Wooden Bookcase White 4 Shelf | $100.00 |
| 1 | Waterford Cat and Ball deco | $100.00 |
| 1 | Waterford Crystal Clock | $130.00 |
| 1 | Black Leather Jacket | $120.00 |
| 1 | Misc Clothing Sabrina | $2,000 |
| 10 | Coach Designer Handbags | $2,000 |
| 2 | Juicy Couture Designer Handbags | $400.00 |
| 1 | Prada Designer bags | $225.00 |
| 3 | Dooney andf Burke bags | $500.00 |
| 1 | Dior Designer Sunglasses | $250.00 |
| 1 | Versace Designer Sunglass | $550.00 |
| 20 | Shoes misc styles | $1,000 |
| 2 | Coach Designer Scarves | $100.00 |
| 1 | Coach Designer Visor | $30.00 |
| 1 | Sony  36" inch LCD TV | $1,154.99 |
| 1 | Samsung LCD TV | $900.00 |
| 1 | Sony DVD /VHS Player Recorder | $299.00 |
| 1 | Sonicare Deluxe 2 Head toothbrush | $224.00 |
| 1 | 3 handset wireless phones V-Tech | $99.00 |
| | Misc Cosmetics Sabrina | $300.00 |
| 1 | 22" Japanese Akolp pearl necklace | $5,495.00 |
| 1 | Diamond Platinum ring 4.4 ct diamonds | $26,600.00 |
| 1 | 18 ct Jose Hess diamond ring 1.65 ct | $4,605.00 |
| 1 | 14 ct Gold Diamond Stud Earrings 1.82 ct | $6,975.00 |
| 1 | 14 Gold Diamond Stud Earrings .34 | $430.00 |
| 1 | !4 Gold Diamond Stud Earrings .42 | $735.00 |
| 1 | 14ct 8 inch Bracelet | $1,125.00 |
| 1 | 18 ct Robert Gold diamond bracelet 1.46 | $3,895 |
| 1 | 18 in 14k garnet and diamond necklace | $355.00 |
| 1 | 18K Roberts coin bracelet .22 ct diamonds | $4,210.00 |
| 1 | 14 K triple hoop earrings | $150.00 |
| 1 | 7.25 ct tanzanite diamond ring | $5,000.00 |
| 1 | 14 K Gennar Shepherd chain | $176.40 |

| | | |
|---|---|---|
| 1 | 14K Wedding Charm | $81.90 |
| 1 | 7 in 14 K Garibaldi link bracelet | $382.50 |
| 1 | 16 in 14k gold Box chain | $36.00 |
| 1 | Waterford Baby Block Crystal | $40.00 |
| 1 | 14 K 8 in Figaro Bracelet | $162.00 |
| 1 | Raymond Weil Watch | $400.00 |
| 1 | 14 k 8/12 in Gold TT Bracelet | $620.00 |
| 1 | 14 K oval cuff links | $414.00 |
| 1 | 14 K Happy Birthday Charm | $117.00 |
| 1 | Swarowski Crystal German Shepard | $105.00 |
| 1 | 14K St Christopher Necklace | $108.00 |
| 1 | 14 K Cat w/yarn charm | $150.00 |
| 1 | 14K 15in Pearl and Diamond necklance | $31.50 |
| 1 | 14K Holy Communion Chain | $50.00 |
| 1 | Christmas Tree | $90.00 |
| 1 | 14K twist Cape Cod | $72.00 |
| 1 | Drocel Heritage Dresser and Mirror Guard coll | $3,000.00 |
| | | |
| | | |
| | TOTAL this sheet | $144,144.32 |

Additional Losses (Not Previously Submitted):

- Waterford & Swarovsky Crystal Christmas
     Tree Ornaments                                                  2,000.00
- Glass Christmas Tree Ornaments                           200.00
- 4 Italian Hand Painted Urns/Jars                           100.00
- Black & Decker Hand Mixer                                   29.00
- Kitchen Aid Blender                                            100.00
-   "        "    Food Processor                               100.00
- Foreman Grill                                                    49.00
- Waterford Pitcher                                             250.00
- Waterford Candlesticks                                       200.00
-   "          "                                                    150.00
- Glass decanters (x2)                                           60.00
- Service for 16 Dishes & Serving Pieces & Accessories   650.00
- Service for 12 Glass Dishes/Sets with Serving Pcs + Acces.  300.00
- Flatware - Service for 16 + Serving & Acces. Pieces    500.00
- Pots & Pans - Farberware & Calphalon                   1,000.00
- Silk Tree                                                         129.00
- Beverage / Glassware (misc. sizes)                         200.00
- Hand Signed Waterford Vase                                 400.00
-   "       "       "        Bowl                                   325.00
- Artwork (framed & matted Prints & oil originals)       1,000.00
- Custom King Size Mattress + Foundation                 2,900.00
- 2 Century House End Tables                                  600.00
- 2 Crystal Lamps                                                500.00
- Suede Skirt (Ann Taylor Co.)                                175.00
- Suede + Mongolian Lamb Jacket (Chico's Co.)           225.00
- Jill Glass Silk + French Chantilly Lace Couture Evening Gown  1200.00
- 2 Silk Evening Purses w/Rhinestones & Swarovsky Crystals  125.00
- Gold Metal Designer Art Deco Purse (Saks 5th Ave.)     925.00

- Gucci Limited Edition Handbag — 350.00
- Coach " " " — 280.00
- Brooks Bros. Large Duffel style Handbag / Traveler — 395.00
- Misc. Clothing & Shoes (Designerware) — 5,000.00
- Waterford Millenium Champagne Flutes (Lmt-Ed.) — 86.25
- " " — 86.25
- "Ballet Class" Charm — 65.00
- 14KD + 1.58 CT Pave Diamonds Bracelet — 1,408.00
- "Wellesley" 8×10 Picture Frame — 104.00
- 14 K D 8.5" Bracelet — 1,045.00
- Kaszirer Diamonds - 5.50 CTS — 4,650.00
- 14 KYG Heart w/color Stone Drop — 63.00
- 14 KYG Fancy oval w/blue Topaz — 148.00
- 14 KYG Earrings w/Diamonds - .42 CT — 420.00
- 14 KYG Diamond Cross (.15) — 145.00
- 14 KWG Earrings — 229.00
- Waterford Easter Bunny — 71.00
- Swarovsky Crystal Rose w/Stem — 110.00
- 14 KYG Small Knot Studs — 49.50
- "Flower Basket" Jewelry Box — 67.00
- 14 KD Christmas Tree w/Stone — 70.00
- 18K 2T 19D -.22 - 3Row Bracelet — 2,524.00
- 14 KWG 2D =.40 Diamond Stud Earrings — 470.00
- 18 KYG Knot w/Diamonds "New Action" — 890.00
- 14 KYG Heart & "X" Hoops — 514.00
- 14 KYG "Happy Birthday" Heart — 117.00
- 14 KYG 18" Rolled Wheat 1 mm Chain — 50.00
- 14 KYG 16" Box Chain .6 mm Chain — 36.00
- 14 KYG .25 CT Diamond Cross — 162.00
- 7 ½" Cable w/Heart — 60.00

- Tulip Vase     50.00
- Goldtone White Face Watch     112.00
- "Snowflake" Pin     57.38
- "Times Square" Paperweight     NH.00
- 14 KYD 7.5" Double Link Charm Bracelet     145.00
- Golfer figurine (male)     31.00
- " " (Female)     40.00
- "Somerset" Wine Coaster     50.00
- 14 KYG Number Charm     60.00
- 14 KYD 8" Charm Link Bracelet     270.00
- 14 KYD 7" 3 Row Bracelet     645.00
- 14 KYD Horse Charm     110.00
- 14 KWD 18D =.50 Slide Heart     405.00
- 14 KYD 16" Round Wheat 1mm Chain     48.00
- 14 KYD St. Christopher Soccer oval Medal/Charm     105.00
- 14 KYD Dog Charm     205.00
- 14 KYD Graduation Cap on Disc Charm     114.00
- Gents Watch - White face - w/ strap     1,080.00
- Mont Blanc Roller ball Pen     120.00
- Clarion Spirit Decanter     220.00
- 14 KYD Claddaugh Ring w/ Emerald     95.00
- 14 KWD 18" DC Wheat Chain     80.00
- 14 KYD 16" 1.2 mm Paris/Wheat Chain     63.00
- 14 KYD St. Christopher B.Ball oval Medal/Charm     112.50
- 14 KWD Pave Diamond "X" Post Earring     54.00
- 14 KT 8" Fancy Link 42.16 Bracelet     670.00
- 14 KYD 18" Sq. Citrine Pendant     40.00
- 18 m 34 D =1.46 3 Row Woven     2,200.00
- 14 KT 7" Rolo + oval     180.00
- 14 KYD Small Disc     85.50

- 14 Ky 2 Happy Birthday Disc — 55.00
- 10" Star/Moon ~~Anklet(s)~~ Anklet - Sterling — 13.00
- 14 Ky 2 6" 5-5.5 mm Freshwater Pearl Bracelet — 55.00
- Easter Egg Crystal Set — 30.00
- Baby Bootie — 65.00
- Presage 9" Square Tray — 93.75
- SS 7" Multi Strand Small Heart Bracelet — 30.50
- SS 18" " " Chain w/ Heart Necklace — 63.00
- SS 7" Curb Chain Bracelet — 20.00
- Polaris Bowl — 50.00
- 14 KWG 4 D =27 Gem-48 J. Hoop Earrings — 470.00
- SS June - Rose Pendant — 40.00
- Ladies Gold Tone White Dial Watch — 189.00
- Cosmetics & Toiletries — 1,000.00
- Bedding & Drapes — 1,200.00
- Royal Dalton Figurine — 85.00
- Waterford Ring Holder — 55.00
- Boucheron Eau de Parfum — 95.00
- " " Body Lotion — 56.00
- Keurig Coffee Maker — 200.00
- Cat — 130.00
- " Supplies (+ Dog supplies) — 252.88
- " Exams — 147.19
— 4,399.32

+ appreciated values

$14,847.70   $12,870,0646   $14,843,001

* Most Jewelry + add'l items- on Descenza Receipts
- Prices DO NOT Reflect Current Appreciated Values -