UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE GARDNER,<br>　　　Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*,<br>　　　Defendants. | Civil Action No. 1:09-cv-11806 (FDS)<br><br>LEAD DOCKET |
| CRYSTAL CAISSIE,<br>　　　Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*,<br>　　　Defendants. | Civil Action No. 1:09-cv-11807 (FDS) |
| LOUISE FELTEAU,<br>　　　Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*,<br>　　　Defendants. | Civil Action No. 1:09-cv-11808 (FDS) |
| TANYA PULISCIANO,<br>　　　Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*,<br>　　　Defendants. | Civil Action No. 1:09-cv-11811 (FDS) |

## **NOTICE OF APPEAL**

Notice is hereby given that Simpson Financing Limited Partnership, Defendant in the above captioned cases, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order on Defendant's Motion for Judgment as a Matter of Law or New Trial entered in this action on the 9th day of August, 2013.

Respectfully submitted,

SIMPSON FINANCING LIMITED PARTNERSHIP,

By its attorneys,

/s/ Timothy J. McLaughlin
_____
Gordon P. Katz (BBO # 261080)
Timothy J. McLaughlin (BBO # 675560)
Holland & Knight LLP
10 Saint James Avenue
Boston, MA 02116
(617) 523-2700
*gordon.katz@hklaw.com*
*timothy.mclaughlin@hklaw.com*

Damon M. Seligson (BBO # 632763)
DiNicola, Seligson & Upton, LLP
185 Devonshire Street, Suite 902
Boston, MA 02110
(617) 279-2592
*Damon.Seligson@dsu-law.com*

Dawn M. Piccirilli (BBO # 630502)
Boyle, Shaughnessy & Campo, P.C.
695 Atlantic Ave.
Boston, MA 02111
(617) 451-2000
*dpiccirilli@bsctrialattorneys.com*

Edward W. Waystack (BBO # 518300)
Robert W. Healy (BBO # 630714)
Cogavin & Waystack
One Center Plaza
Boston, MA 02108
(617) 742-3340
*eww@cogway.com*
*rwh@cogway.com*

Date: August 29, 2013
Boston, Massachusetts

## **CERTIFICATE OF SERVICE**

  I, Timothy J. McLaughlin, hereby certify that a true copy of the foregoing document was served upon counsel of record for each party by electronic means via the Court's CM/ECF system on August 29, 2013.

                <u>/s/ Timothy J. McLaughlin</u>
                Timothy J. McLaughlin