UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
GAYLE GARDNER, TANYA PULISCIANO,            )
CRYSTAL CAISSIE, and LOUISE FELTEAU,        )   Civil Action Nos.
                                            )   09-11806-FDS
    Plaintiffs,                             )
                                            )
    v.                                      )
                                            )
SIMPSON FINANCING LIMITED                   )
PARTNERSHIP,                                )
                                            )
    Defendant.                              )
_____)


# ORDER ON REMITTITUR

**SAYLOR, J.**

On August 9, 2013, the Court issued its Memorandum and Order on Defendant's Motion for Judgment as a Matter of Law or New Trial. Among other things, that order provided as follows:

> Defendant's motion for a new trial or remittitur as to emotional distress damages will be GRANTED; plaintiffs shall inform the court by August 29, 2013, whether they seek a new trial. If not, judgment shall enter in the amount of $100,000 in emotional distress damages as to each plaintiff, plus their already determined damages as to loss of property and pre-judgment interest.

Plaintiffs did not inform the Court by August 29, 2013, that they sought a new trial. Accordingly, judgment shall enter in the amount of $100,000 in emotional distress damages as to each plaintiff, plus their already determined damages as to loss of property and prejudgment interest, plus such attorneys' fees and costs as may be permitted by law, in an amount to be determined.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: September 10, 2013