UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE GARDNER<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11806(NG)<br>)<br>) LEAD DOCKET |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |
| CRYSTAL CAISSIE,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11807(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |
| LOUISE FELTEAU,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11808(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |
| TANYA PULISCIANO,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:09-cv-11811(NG)<br>) |
| SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | )<br>)<br>) |

## MEMORANDUM IN SUPPORT OF ATTORNEY'S FEES AND COSTS

Plaintiffs', by their counsel, herein request that this Honorable Court award the requested attorney's fees to the law firm of D'Angelo & Hashem, LLC, on the ground that:

(1) As provided by G.L. c. 186 § 14, Defendant Simpson Financing Limited Partnership violated the implied covenant of quiet enjoyment; and

(2) Plaintiff's prevailed upon their claim of the implied covenant of quiet enjoyment.

## STANDARDS FOR FEE AWARDS

In awarding fees under Massachusetts Statutory authority providing for fee awards, the amount of a reasonable attorney's fee… is largely discretionary with the judge, who is in the best position to determine how much time was reasonably spent on a case, and the fair value of the attorney's services. Factors to be considered include the nature of the case and the issues presented, the time and labor required, the amount of damages involved, the result obtained, the experience, reputation and ability of the attorney, and a fair market rate for time spent in litigating a case. *Fontaine v. Ebtec Corp.*, 415 Mass. 309 (1993), citing Heller v. *Silverbranch Construction Corp.*, 376 Mass. 621 (1978).

In this case, the Court should award the full requested attorney fee as this matter and the matter presently in the Northeast Housing Court (*Picardi et al. v. Simpson Financing Limited Partnership 11HCV00012)* are "factually intertwined and part of the same single chain of events. *Dimarzo v. American Mutual Insurance Co.,* 389 Mass. 85. Affidavits of Attorney Wolman, Attorney Warchal, Attorney Hashem, Attorney Judd and Attorney D'Angelo are attached as exhibits. The combined hours completed in litigating the matter on behalf of the four plaintiffs is 1968 hours with an average lodestar rate that results in a $991,007.00 attorney fee.

## CONCLUSION

Wherefore, Plaintiff's move this Honorable Court to award the full fee of $991,007.00 and costs of $11,513.54 pursuant to G.L. c. 186 § 14.

Date: September 25, 2013

Respectfully Submitted,
Gayle Gardner, et al.,
by their attorney,

_____
Stephen L. D'Angelo, Esq., BBO# 640900
Neil Judd, Esq., BBO# 679444
D'Angelo & Hashem, LLC
401 Andover Street, Suite 202
North Andover, MA 01845
Steve.DAngelo@LawyerAdvocates.com
Njudd@lawyeradvocates.com
(978) 687-8100 (ph)
(978) 687-8111 (fax)

## CERTIFICATE OF SERVICE

I, Neil Judd, hereby certify that a true copy of the foregoing document was served upon counsel of record for each party by electronic means this 25th day of September, 2013, as stated on ECF.

_____/s/Neil Judd_____

10:59 AM
09/26/13
Accrual Basis

# D'Angelo & Hashem, LLC
## Transaction Detail by Account
### All Transactions

| Type | Date | Num | Name | Source Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **Auto Expense** | | | | | | | |
| Credit C... | 10/16/2011 | | | ExxonMobil | 4262: EXXONMOBIL 9760266 S... | -19.90 | -19.90 |
| **Total Auto Expense** | | | | | | **-19.90** | **-19.90** |
| **Client Expense** | | | | | | | |
| **Filing Fee's** | | | | | | | |
| Check | 2/7/2013 | 1616 | | U.S. Court of Appeals First District | | -450.00 | -450.00 |
| **Total Filing Fee's** | | | | | | **-450.00** | **-450.00** |
| **Sheriff's Fees** | | | | | | | |
| Bill | 3/21/2012 | 11021598 | Highlands | Essex County Sheriff's Department | Serve Leahy Landscaping | 0.00 | 0.00 |
| Bill | 3/12/2013 | 932 | Highlands | Constable Services | Serve Andrew Filippone | -50.00 | -50.00 |
| Bill | 3/12/2013 | 932 | Highlands | Constable Services | Serve Thomas Dubois | -65.00 | -115.00 |
| Bill | 3/26/2013 | 1123 | Highlands | Constable Services | Serve Andrew Filippone | -100.00 | -215.00 |
| Bill | 3/26/2013 | 1123 | Highlands | Constable Services | Serve Courtney Vulysteke | -80.00 | -295.00 |
| Bill | 3/26/2013 | 1123 | Highlands | Constable Services | Serve Joseph DiFranco | -90.00 | -385.00 |
| Bill | 3/26/2013 | 1123 | Highlands | Constable Services | Serve State Fire Marshall | -110.00 | -495.00 |
| Bill | 3/26/2013 | 1123 | Highlands | Constable Services | Serve Chief Steve Oasdon | -90.00 | -585.00 |
| Bill | 3/26/2013 | 1123 | Highlands | Constable Services | Serve Thomas Dubois | -110.00 | -695.00 |
| **Total Sheriff's Fees** | | | | | | **-695.00** | **-695.00** |
| **Client Expense - Other** | | | | | | | |
| Check | 4/23/2009 | 1243 | Highlands | New England Housing Court | Dieppa Pagan & Highlands | -100.00 | -100.00 |
| Check | 9/29/2009 | 1267 | Highlands | Northeast Housing Court | 135 x 6 | -810.00 | -910.00 |
| Bill | 11/30/2009 | 09028866 | Highlands | Suffolk County Sheriff's Department | Tanya Pulisciano | -62.68 | -972.68 |
| Bill | 11/30/2009 | 09028843 | Highlands | Suffolk County Sheriff's Department | Tanya Pulisciano | -51.68 | -1,024.36 |
| Bill | 11/30/2009 | 09028852 | Highlands | Suffolk County Sheriff's Department | Tanya Pulisciano | -36.00 | -1,060.36 |
| Bill | 11/30/2009 | 09028845 | Highlands | Suffolk County Sheriff's Department | Crystal Caissie | -36.00 | -1,096.36 |
| Bill | 11/30/2009 | 09028847 | Highlands | Suffolk County Sheriff's Department | Crystal Caissie | -36.00 | -1,132.36 |
| Bill | 11/30/2009 | 09028864 | Highlands | Suffolk County Sheriff's Department | Crystal Caissie | -47.00 | -1,179.36 |
| Bill | 11/30/2009 | 09028848 | Highlands | Suffolk County Sheriff's Department | Louise Felteau | -51.68 | -1,231.04 |
| Bill | 11/30/2009 | 09028837 | Highlands | Suffolk County Sheriff's Department | Louise Felteau | -36.00 | -1,267.04 |
| Bill | 11/30/2009 | 09028863 | Highlands | Suffolk County Sheriff's Department | Louise Felteau | -47.00 | -1,314.04 |
| Bill | 11/30/2009 | 09028849 | Highlands | Suffolk County Sheriff's Department | Gayle Gardner | -36.00 | -1,350.04 |
| Bill | 11/30/2009 | 09028838 | Highlands | Suffolk County Sheriff's Department | Gayle Gardner | -36.00 | -1,386.04 |
| Bill | 11/30/2009 | 09028865 | Highlands | Suffolk County Sheriff's Department | Gayle Gardner | -47.00 | -1,433.04 |
| Bill | 8/19/2011 | 134953 | Highlands | Catuogno Court Reporting & Stenel Tra... | Transcript of Carla Dunbar | -888.43 | -2,321.47 |
| Bill | 11/30/2011 | 106075 | Highlands | Leavitt Reporting, Inc. | depo of David Homan Simpson Fi... | -286.71 | -2,608.18 |
| Bill | 11/30/2011 | 106078 | Highlands | Leavitt Reporting, Inc. | depo of Amanda Pressley Simpso... | -312.77 | -2,920.95 |
| Bill | 2/17/2012 | 10798WK | Highlands | Court Reporters of Louisiana, LLC | Victoria Jackman | -1,105.10 | -4,026.05 |
| Bill | 5/18/2012 | 140982 | Highlands | Catuogno Court Reporting & Stenel Tra... | Transcript of Robert Lindenfelzer ... | -260.52 | -4,286.57 |
| Bill | 5/18/2012 | 140978 | Highlands | Catuogno Court Reporting & Stenel Tra... | Transcript of Victoria Jackman 4/2... | -1,138.42 | -5,424.99 |
| Bill | 8/13/2012 | 142926 | Highlands | Catuogno Court Reporting & Stenel Tra... | Transcript of Matthew Leahy | -458.91 | -5,883.90 |
| Bill | 1/17/2013 | 146271 | Highlands | Catuogno Court Reporting & Stenel Tra... | Transcript of Thomas Dubois | -520.39 | -6,404.29 |
| Bill | 3/22/2013 | 147661 | Highlands | Catuogno Court Reporting & Stenel Tra... | Transcript of Victoria Jackman | -55.00 | -6,459.29 |
| Bill | 5/2/2013 | Reimb Exp | Highlands | Larry Glenn Steward | Expert Witness in Highlands Case | -348.80 | -6,808.09 |
| Bill | 9/3/2013 | 3162 | Highlands | Valerie A. O'Hara | Transcripts days 3-5  4/3-4/5  Hea... | -365.60 | -7,173.69 |
| Bill | 9/4/2013 | 20131701 | Highlands | Debra M. Joyce, RMR, CRR | Transcript of Jury Trial Days 1 & 2... | -162.00 | -7,335.69 |
| **Total Client Expense - Other** | | | | | | **-7,335.69** | **-7,335.69** |
| **Total Client Expense** | | | | | | **-8,480.69** | **-8,480.69** |

Page 1


10:59 AM
09/26/13
Accrual Basis

# D'Angelo & Hashem, LLC
## Transaction Detail by Account
### All Transactions

Case 1:09-cv-11806-FDS   Document 207   Filed 09/26/13   Page 5 of 7

| Type | Date | Num | Name | Source Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Contract Labor** | | | | | | | |
| Bill | 2/3/2012 | 3 | Highlands | Ryan G McLaughlin, Esq | through 2/3/12 | -320.00 | -320.00 |
| Bill | 8/1/2012 | July 2012 | Highlands | Zaheer A. Samee | 7/5-7/31 4.4 hrs @ $25 | -110.00 | -430.00 |
| Bill | 10/3/2012 | 093012 | Highlands | Zaheer A. Samee | .8 hrs @ $25 | -20.00 | -450.00 |
| **Total Contract Labor** | | | | | | **-450.00** | **-450.00** |
| **Parking & Tolls** | | | | | | | |
| Credit C... | 11/27/2012 | | Highlands | Misc Parking Garages | | -10.00 | -10.00 |
| Credit C... | 2/28/2013 | | Highlands | Misc Parking Garages | | -15.00 | -25.00 |
| Credit C... | 4/1/2013 | | Highlands | Misc Parking Garages | | -18.00 | -43.00 |
| Credit C... | 4/2/2013 | | Highlands | Misc Parking Garages | one marina park drive | -18.00 | -61.00 |
| Credit C... | 4/3/2013 | | Highlands | Misc Parking Garages | | -18.00 | -79.00 |
| Credit C... | 4/4/2013 | | Highlands | Laz Parking | 88820186  617-426-0604371554... | -29.00 | -108.00 |
| Credit C... | 4/4/2013 | | Highlands | Misc Parking Garages | | -18.00 | -126.00 |
| Credit C... | 4/5/2013 | | Highlands | Misc Parking Garages | | -18.00 | -144.00 |
| Credit C... | 4/5/2013 | | Highlands | Misc Parking Garages | | -18.00 | -162.00 |
| Credit C... | 7/31/2013 | | Highlands | Misc Parking Garages | marina park drive | -15.00 | -177.00 |
| Credit C... | 9/9/2013 | | Highlands | Misc Parking Garages | marina park drive | -20.00 | -197.00 |
| **Total Parking & Tolls** | | | | | | **-197.00** | **-197.00** |
| **Travel & Ent** | | | | | | | |
| **Meals** | | | | | | | |
| Credit C... | 2/2/2012 | | Highlands | harbor Seafood | 26   RESTAURANT37155547... | -45.41 | -45.41 |
| Credit C... | 2/3/2012 | | Highlands | Palace Cafe | 0859858   RESTAURANT37155... | -129.56 | -174.97 |
| Credit C... | 11/27/2012 | | Highlands | j.Pace & Son | | -8.37 | -183.34 |
| Credit C... | 4/1/2013 | | Highlands | j.Pace & Son | | -19.47 | -202.81 |
| Credit C... | 4/2/2013 | | Highlands | Cafe Strega | | -9.00 | -211.81 |
| Credit C... | 4/2/2013 | | Highlands | Jerry Remy's Sports Bar | | -75.07 | -286.88 |
| Credit C... | 4/3/2013 | | Highlands | Jerry Remy's Sports Bar | | -60.51 | -347.39 |
| Credit C... | 4/4/2013 | | Highlands | barking crab | | -40.87 | -388.26 |
| Credit C... | 4/5/2013 | | Highlands | Cafe Moakley | | -7.45 | -395.71 |
| Credit C... | 4/5/2013 | | Highlands | Jerry Remy's Sports Bar | | -71.92 | -467.63 |
| **Total Meals** | | | | | | **-467.63** | **-467.63** |
| **Travel** | | | | | | | |
| Credit C... | 12/7/2011 | | Highlands | Expedia | SBH to New Orleans | -265.80 | -265.80 |
| Credit C... | 2/1/2012 | | Highlands | Delta Airlines | 18002211212371554769511004 | -25.00 | -290.80 |
| Credit C... | 2/6/2012 | | Highlands | Marriot | 16271   LODGING371554769... | -489.64 | -780.44 |
| Credit C... | 4/6/2013 | | Highlands | Hyatt Hotels | 00003715547 415-398-123437155... | -1,117.88 | -1,898.32 |
| **Total Travel** | | | | | | **-1,898.32** | **-1,898.32** |
| **Total Travel & Ent** | | | | | | **-2,365.95** | **-2,365.95** |
| **TOTAL** | | | | | | **-11,513.54** | **-11,513.54** |

Page 2

# LAFFEY MATRIX



|  |  |  | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| Year | Adjustmt Factor** | Paralegal/ Law Clerk | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of

practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.