UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE GARDNER<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:09-cv-11806(NG) <br> ) <br> ) LEAD DOCKET <br> ) <br> ) <br> ) |
| CRYSTAL CAISSIE,<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:09-cv-11807(NG) <br> ) <br> ) <br> ) |
| LOUISE FELTEAU,<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:09-cv-11808(NG) <br> ) <br> ) <br> ) |
| TANYA PULISCIANO,<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:09-cv-11811(NG) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SABA HASHEM IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS FEES'

I, Saba Hashem, being duly sworn, depose and say:

1. I am over the age of majority and a resident of the Commonwealth of Massachusetts.

2. I am an attorney licensed to practice in the Commonwealth of Massachusetts and remain in good standing with the Massachusetts Board of Bar Overseers. I am a partner with the law firm of D'Angelo & Hashem, LLC.

3. I was admitted to the practice law in Massachusetts in June 1999.

4. I submit this affidavit in support of Plaintiffs' motion for attorney fees' and cost pursuant to M.G.L. c. 186 § 14.

5. As counsel for Plaintiffs, I have performed 96.5 hours in litigating the above referenced matter. These hours are made up as follows:

   a. Review Complaint, pleading, legal research — 2 hours
   b. Review file, correspondence, discovery, further legal research — 7 Hours
   c. Preparation for deposition of Victoria Jackman Part 1 — 6 Hours
   d. Travel to New Orleans, LA for Deposition — 5 Hours
   e. Deposition of V. Jackman February 2, 2012 — 5.5 Hours
   f. Return travel to Boston — 5 Hours
   g. Review Deposition transcript of V. Jackman — 3.5 Hours
   h. Draft cross examination of Jackman — 6 Hours
   i. Preparation for deposition of V. Jackman Part 2 — 15 Hours
   j. Deposition of V. Jackman Part 2 April 26, 2012 — 6.5 Hours
   k. Review deposition transcript of V. Jackman — 3 Hours
   l. Pretrial focus groups — 7 Hours
   m. Preparation for trial, witness preparation, Opening, closing — 15 Hours
   n. Review post trial motions and memoranda — 10 Hours

6. My Laffey Matrix lodestar is $625.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 25th DAY OF September, 2013.

_____
Saba Hashem