UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE GARDNER, <br>     Plaintiff, <br><br> v. <br><br> SIMPSON FINANCING <br> LIMITED PARTNERSHIP, *et al.* <br>     Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:09-cv-11806(NG) <br> ) <br> ) LEAD DOCKET <br> ) <br> ) <br> ) <br> ) |
| CRYSTAL CAISSIE, <br>     Plaintiff, <br><br> v. <br><br> SIMPSON FINANCING <br> LIMITED PARTNERSHIP, *et al.* <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:09-cv-11807(NG) <br> ) <br> ) <br> ) <br> ) |
| LOUISE FELTEAU, <br>     Plaintiff, <br><br> v. <br><br> SIMPSON FINANCING <br> LIMITED PARTNERSHIP, *et al.* <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:09-cv-11808(NG) <br> ) <br> ) <br> ) <br> ) |
| TANYA PULISCIANO, <br>     Plaintiff, <br><br> v. <br><br> SIMPSON FINANCING <br> LIMITED PARTNERSHIP, *et al.* <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:09-cv-11811(NG) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF AMELIA-LYN WARCHAL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS FEES'

I, Amelia-Lyn Warchal, having been duly sworn, depose and say:

1. I am over the age of majority and an attorney licensed to practice in the Commonwealth of Massachusetts and remain in good standing with the Massachusetts Board of Bar Overseers.

2. I was an associate attorney for D'Angelo & Hashem, LLC from the inception of this matter until September 2011, when I left the employment of D'Angelo & Hashem, LLC.

3. I was counsel for the plaintiffs in this action. I submit this affidavit in support of Plaintiffs' Motion for attorneys fees' under M.G.L. c. 186 § 14.

4. As counsel for plaintiff I have performed 383 hours. The hours are made up as follow:

| | | |
|---|---|---|
| a. | Meeting with clients | 30 hours |
| b. | Investigation of claim | 9 hours |
| c. | Review statute and case law for claims | 10 hours |
| d. | Meeting with each plaintiff to discuss loses | 8 hours |
| e. | Review corporate structure of defendant | 4 hours |
| f. | Draft complaint for Gardner | 20 hours |
| g. | Draft Complaint for Caissie | 15 hours |
| h. | Draft Complaint for Felteau | 15 hours |
| i. | Draft Complaint for Pulisicano | 15 hours |
| j. | Review complaints, file with Housing Court | 12 hours |
| k. | Service of complaints | 3 hours |
| l. | Review answers to complaints | 9 hours |
| m. | Research Diversity issues | 15 hours |
| n. | Draft Discovery for Defendant | 22 hours |
| o. | Schedule Depositions of plaintiffs | 4 hours |
| p. | Meet with Gardner for deposition prep | 5 hours |
| q. | Meet with Caissie for deposition prep | 5 hours |
| r. | Meet with Felteau for deposition prep | 5 hours |
| s. | Meet with Pulisciano for deposition prep | 5 hours |
| t. | Deposition of Gardner with travel time | 6 hours |
| u. | Deposition of Felteau with travel time | 6 hours |
| v. | Deposition of Caissie with travel time | 6 hours |
| w. | Deposition of Pulisciano with travel time | 6 hours |
| x. | Review deposition with each clients | 4 hours |
| y. | Review discovery from defendant | 100 hours |
| z. | Research Leahy Landscaping relationship with Simpson | 9 hours |
| aa. | In office meeting to discuss case | 20 hours |

5. My Lodestar rate is $400 per hour.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 20TH DAY OF SEPTEMBER 2013.

Amelia-Lyn Warchal