UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE GARDNER<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | Civil Action No. 1:09-cv-11806(FDS)<br><br>LEAD DOCKET |
| CRYSTAL CAISSIE,<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | Civil Action No. 1:09-cv-11807(FDS) |
| LOUISE FELTEAU,<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | Civil Action No. 1:09-cv-11808(FDS) |
| TANYA PULISCIANO,<br>    Plaintiff,<br><br>v.<br><br>SIMPSON FINANCING<br>LIMITED PARTNERSHIP, *et al.*<br>    Defendants. | Civil Action No. 1:09-cv-11811(FDS) |

**AFFIDAVIT OF JAY M. WOLMAN IN SUPPORT OF PLAINTIFFS' MOTION
FOR ATTORNEYS FEES'**

I, Jay M. Wolman, having been duly sworn, depose and say:

1. I am over the age of majority and an attorney licensed to practice in the Commonwealth of Massachusetts and remain in good standing with the Massachusetts Board of Bar Overseers.

2. I was the senior associate attorney for D'Angelo & Hashem, LLC from the inception of this matter until May 2012, when I left the employment of D'Angelo & Hashem, LLC.

3. I was counsel for the plaintiffs in this action. I submit this affidavit in support of Plaintiffs' Motion for attorneys fees' under M.G.L. c. 186 § 14.

4. I do not presently recall the precise amount of time spent representing Plaintiffs. However, the below breakdown is consistent with my recollection and, upon information and belief, the records of D'Angelo & Hashem, LLC. The hours are made up as follow:

   a. Investigation of claim — 9 hours
   b. Site visit — 2 hours
   c. Meeting with Plaintiffs — 8 hours
   d. Review detailed inventory losses with clients — 8 hours
   e. Review cases to file suit — 16 hours
   f. Draft complaints for Gardner — 4 hours
   g. Draft complaint for Caissie — 4 hours
   h. Draft complaint for Felteau — 4 hours
   i. Draft complaint for Pulisciano — 4 hours[1]
   j. Filing and service of complaints — 3 hours
   k. Review answers to complaint — 9 hours
   l. Research diversity/removal jurisdiction case law — 4 hours
   m. Research Motion to Consolidate cases and draft — 3 hours
   n. Draft Discovery — 25 hours
   o. Rule 26(f) meeting and report — 2.5 hours
   p. Rule 15 Certificates — 2 hours
   q. Rule 26(a) disclosures — 6 hours
   r. Scheduling conference 1/28/10 — 1 hour
   s. Status Conference 3/24/11 — 1 hour
   t. Answer Discovery — 24 hours
   u. Correspondence with clients regarding discovery — 8 hours
   v. Discuss deposition with clients — 4 hours
   w. Review discovery received from defendant — 40 hours
   x. Research Leahy Landscaping relationship — 5 hours
   y. Draft Motion to Amend and Remand — 4 hours
   z. Review Defendant's summary judgment motion — 4 hours
   aa. Research case law for summary judgment opposition — 6 hours
   bb. Draft opposition to summary judgment motions — 30 hours
   cc. Draft opposition to motion for injunctive relief — 6 hours
   dd. Hearing on motions for injunctive relief and amendment — 1.5 hours
   ee. Status conference 1/4/12 — 1 hour

---

[1] As the complaints bear parallel causes of action, the total time drafting the complaints has been evenly split among the Plaintiffs.

...

|  |  |  |
|---|---|---|
| ff. | Summary judgment hearing March 2012 | 4 hours |
| gg. | Review Court's summary judgment decision | .5 hours |
| hh. | Counsel Plaintiffs regarding summary judgment | 4 hours |
| ii. | Review motions for separate and final judgment | 1 hour |

Total Time: 258.5 hours

5. My Lodestar rate is $500 per hour. I received my Juris Doctor degree from Georgetown University Law Center in 2000 and my bachelor's degree from Cornell University in 1997. I have been admitted to practice law since March 2001. Under the *Laffey* Matrix in effect for the period in which I was counsel, my *Laffey* rate was in excess of $500. My time in other matters was compensated at *Laffey* rates.

6. Therefore, it is appropriate for the Court to award Plaintiffs $129,250 in compensation for attorneys' fees for the time I spent representing their interests in this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 13 DAY OF ~~AUGUST~~ September, 2013.

Jay Wolman

State of Connecticut )
                               ) ss: Glastonbury
County of Hartford )

On this 13th day of September 2013, before me, the undersigned notary public, personally appeared <u>Jay M. Wolman</u> (name of document signer), proved to me through satisfactory evidence of identification, which were <u>CT Driver's License</u> to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Notary Public

ALEXANDRA S. THOMPSON
Notary Public
My Commission Expires Aug. 31, 2018