**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GAYLE GARDNER, TANYA PULISCIANO, ) <br> CRYSTAL CAISSIE, LOUISE FELTEAU, ) <br> MARIA IOCCO, CHARLES VARNES, and ) <br> REBECCA VARNES, ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SIMPSON FINANCING LTD. ) <br> PARTNERSHIP, FIRST AMERICAN ) <br> PROPERTY & CASUALTY INSURANCE CO., ) <br> and MULTIFAMILY COMMUNITY HOUSING ) <br> INS. AGENCY, INC., ) <br>       Defendants. ) | Civil Action <br> No.: 1:09-11806-FDS |

## SECOND AMENDED JUDGMENT IN A CIVIL CASE

__X__    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED:**

1.   In accordance with the Court's memorandum and order issued on March 30, 2012, granting the motions for summary judgment filed by defendants First American Property & Casualty Insurance Co. and Multifamily Community Housing Insurance Agency, Inc.,

**That judgment be entered in favor of defendants, FIRST AMERICAN PROPERTY & CASUALTY INSURANCE CO., and MULTIFAMILY COMMUNITY HOUSING INS. AGENCY, INC.**

2.   In accordance with the Court's memorandum and order issued on March 30, 2012, granting in part and denying in part the motions for partial summary judgment filed by defendant Simpson Financing Limited Partnership;

**That partial judgment be entered in favor of defendant, SIMPSON FINANCING LTD. PARTNERSHIP.**

3. In accordance with the stipulation of dismissal with prejudice filed on April 10, 2013 (ECF Docket no. 154),

**That plaintiffs Maria Iocco, Charles Varnes, and Rebecca Varnes dismissed with prejudice all of their claims in this action.**

4. In accordance with the jury verdict on April 5, 2013; the amended order on remittitur issued on September 17, 2013; and the Court's memorandum and order granting in part and denying in part plaintiffs' motion for attorneys' fees and costs issued on October 18, 2013,

**That judgment be entered in favor of the plaintiffs, GAYLE GARDNER, TANYA PULISCIANO, CRYSTAL CAISSIE, and LOUISE FELTEAU, against defendant, SIMPSON FINANCING LTD. PARTNERSHIP, in the following amounts:**

Compensatory Damages for Loss of Property:
$74,128.00      Gayle Gardner
$41,355.57      Tanya Pulisciano
$47,331.43      Crystal Caissie
$188,992.02     Louise Felteau

Emotional Distress Damages:
$100,000.00     Gayle Gardner
$100,000.00     Tanya Pulisciano
$100,000.00     Crystal Caissie
$100,000.00     Louise Felteau

**It is FURTHER ORDERED,** that pursuant to Massachusetts General Laws, chapter 231, section 6B, interest at the rate of twelve per cent per annum from the date of commencement of the action shall be added to the damages that the jury awarded to the plaintiffs.

The resulting total judgment amounts with prejudgment interest, per plaintiff, are as follows:

$248,206.34     Gayle Gardner
$201,491.71     Tanya Pulisciano
$210,009.85     Crystal Caissie
$411,936.35     Louise Felteau

For a collective total judgment, with prejudgment interest, of **$1,071,644.26**, in favor of plaintiffs GAYLE GARDNER, TANYA PULISCIANO, CRYSTAL CAISSIE, and LOUISE FELTEAU, against defendant, SIMPSON FINANCING LTD. PARTNERSHIP, plus **$47,500.00** in attorneys' fees and **$8,485.49** in costs.

|  |  |
|---|---|
|  | ROBERT M. FARRELL<br>CLERK OF COURT |
| Dated: 23 OCT 2013<br>(Date of original judgment:15 Apr 2013)<br>(Date of first amended judgment: 21 Oct 2013) | By  /s/ Pietro Cicolini<br>Deputy Clerk |

**NOTE: The post judgment interest rate: 0.13%.**